1  WILLIAM A. SOKOL, Bar No. 072740
   BRUCE A. HARLAND, Bar No. 230477
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Defendant
6  SERVICE EMPLOYEES INTERNATIONAL UNION,
   UNITED HEALTHCARE WORKERS – WEST
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | SHAMANEEN Z. KHAN,                        ) No.   C-08-01783 WHA
                                               )
12 |         Plaintiff,                        ) **DECLARATION OF ERIC SMITH IN**
                                               ) **SUPPORT OF SEIU, UNITED**
13 |    v.                                     ) **HEALTHCARE WORKERS -- WEST'S**
                                               ) **MOTION TO DISMISS FOR FAILURE**
14 | THE PERMANENTE MEDICAL GROUP,             ) **TO STATE A CLAIM FOR WHICH**
     INCORPORATED, A CALIFORNIA                ) **RELIEF CAN BE GRANTED**
15 | CORPORATION; SEIU -- UNITED               )
     HEALTHCARE WORKERS – WEST, a              ) [FED.R.CIV.PROC. 12(b)(6)]
16 | California Corporation and DOES 1-50,     )
     INCLUSIVE,                                ) Date:   May 29, 2008
17 |                                           ) Time:   8:00 a.m.
             Defendants.                       ) Judge:  William H. Alsup
18                                             ) Courtroom:   9, 19th Floor
                                               )
19 |_____    )

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Declaration of Eric Smith In Support of SEIU, United Healthcare Workers -- West's Motion to Dismiss,
Case No. C-08-01783 WHA

I, Eric Smith, hereby declare as follows:

1. I am the a Union Field Representative/Organizer for the Service Employees International Union, United Healthcare Workers – West ("UHW"), serving the Union's members employed at the Kaiser Medical Center in Hayward, California. As the Field Representative/Organizer at for the Kaiser Medical Center in Hayward, I was involved in the appeal process regarding the grievance filed on behalf of Shamaneen Z. Khan. I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to the facts hereinafter stated.

2. The usual process for filing grievances in SEIU, United Healthcare Workers – West is as follows. If the grievance is arising out of a work dispute or discipline that does not include termination, a step I grievance is filed by a shop steward at the facility. If the grievance concerns termination, the grievance process is initiated with filing a step II grievance. If the issue is unresolved or unfavorably resolved at the step II level, the grievance is pursued to step III. If a favorable resolution is not met at step III, a council of work site stewards review the grievance to determine if it should be taken to arbitration. That determination is based on the union's chances of receiving a favorable determination at arbitration. If the council does not decide to take the grievance to arbitration, the grievant is informed of that decision and has an opportunity to appeal the council's decision.

3. Plaintiff Shamaneen Khan was a member of UHW and worked in the Hayward Kaiser facility.

4. On January 17, 2007, Ms. Khan was terminated from her employment at Kaiser.

5. A grievance was filed on Ms. Khan's behalf on or about January 23, 2007.

6. As the Field Representative/Organizer assigned to the Hayward Facility, I reviewed Ms. Khan's grievance with her Steward representatives and after careful consideration and consultation with her representative Stewards, the UHW decided not to pursue Ms. Khan's grievance to arbitration because it lacked merit. On August 2, 2007, I sent Ms. Khan a letter explaining that UHW had decided not to pursue her grievance any further. A true and correct copy

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Declaration of Eric Smith In Support of SEIU, United Healthcare Workers -- West's Motion to Dismiss, Case No. C-08-01783 WHA

of my August 2, 2007 letter to Ms. Khan is attached hereto as Exhibit A.

7. In reaching the decision not to pursue Ms. Khan's grievance, UHW considered the following factors: that Ms. Khan's worked in a large department, which included a number of employees who had more seniority than her; that she had little seniority compared to her co-workers; that vacation requests were based on seniority; that she had been warned by others, including her Shop Stewards, that if she did not report to work on her scheduled work days, Kaiser might discipline her; that she had been denied vacation dates and put on a waiting list due to the needs of the department; and that she failed to report to work for several weeks after her vacation.

8. In the process of representing Ms. Khan, I received and reviewed the department vacation calendar and seniority list for December 2006 and January 2007. That list shows that in December 2006, Ms. Khan was number 19 on the seniority waiting list for her vacation request. In other words, 18 individuals with greater seniority had requested the same days that she requested. A true and correct copy of the vacation and seniority list is attached hereto as Exhibit B.

9. I also received and reviewed several letters from Kaiser manager Deborah Hennings-Cook to Ms. Khan. I received a copy of a letter dated January 4, 2007, regarding unauthorized time off, requesting that Ms. Khan report to work or face disciplinary action up to and including dismissal. A true and correct copy of the January 4, 2007 letter is attached hereto as Exhibit C.

10. I received and reviewed a copy of a letter dated January 5, 2007 from Ms. Hennings-Cook to Ms. Khan. That letter was regarding a second notification of unauthorized time off. A true and correct copy of the January 4, 2007 letter is attached hereto as Exhibit D.

11. I received and reviewed a copy of a letter dated January 12, 2007 from Ms. Hennings-Cook to Ms. Khan. That letter was regarding a third notification of unauthorized time off. A true and correct copy of the January 12, 2007 letter is attached hereto as Exhibit E.

12. I received and reviewed a copy of a letter dated January 18, 2007 from Ms. Hennings-Cook to Ms. Khan. That letter was regarding Ms. Khan's termination for failing to report to work. A true and correct copy of the January 18, 2007 letter is attached hereto as Exhibit

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

F.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 8th day of April 2008 in Oakland, California.

ERIC SMITH

118636/489420

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200

- 4 -

Declaration of Eric Smith In Support of SEIU United Healthcare Workers...

**SEIU UHW**
United Healthcare Workers WEST

560 Thomas L. Berkley Way • Oakland, CA 94612 • 510-251-1250 • Fax 510-763-2680
5480 Ferguson Drive • Los Angeles, CA 90022 • 323-734-8399 • Fax 323-721 3538

August 2, 2007

Shamaneen Khan
34225 Aspen Loop
Union City, Ca 94587

RE: Termination Grievance

Dear Shamaneen:

This letter is to advise you that, after careful consideration and in consultation with your representative Steward(s), SEIU United Healthcare Workers – West has decided not to further pursue our unjust discipline grievance against Kaiser on your behalf.

You have the right to appeal this decision to the Northern California Kaiser Division Steward Council. To do so, send a letter briefly stating the reason you believe the employer cannot justify its decision to terminate your employment to:

Ralph Cornejo
Kaiser Division Director
SEIU United Healthcare Workers West
560 Thomas L. Berkley Way
Oakland, CA 94612

In the event that you choose to appeal the decision, please understand that I will take a position in opposition and strongly recommend against any further pursuit of this grievance.

If you do not appeal this decision by September 30, 2007 we will withdraw the grievance.

Sincerely,

Eric Smith
Field Representative / Organizer, SEIU United Healthcare Workers West

cc:  Ralph Cornejo
     Hayward Steward Council

**EXHIBIT A**

www.seiu-uhw.org

Sal Rosselli, *President*   Jorge Rodriguez, *Executive Vice President*   Joan Emslie, *Secretary-Treasurer*

# AHWW MED MASTER VACATION CALENDAR

## DECEMBER 2006

| Pods | | | | | | Friday 1-Dec-06 | Saturday 2-Dec-06 |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | Charina E. V Cx'd 11/16 AR | |
| 2 | | | | | | Gladys W. V cx 12/8 ls | |
| 3 | | | | | | Maya R. V OK deox apt. V am-ls 11/30/06 | |
| 4 | | | | | | Fatema V. (bf/ls) | |
| 5 | | | | | | Lily S. Dr. Joy-ls | |
| 6 | | | | | | Nicole SL @ 3pm-ls | |
| | | | | | | Sharice V-ls | |

| Pods | Sunday 3-Dec-06 | Monday 4-Dec-06 | Tuesday 5-Dec-06 | Wednesday 6-Dec-06 | Thursday 7-Dec-06 | Friday 8-Dec-06 | Saturday 9-Dec-06 |
|---|---|---|---|---|---|---|---|
| 1 | | Diane M. | Diane M. Pal S. 1200-130 | Diane M. | Gina F. 130-230p V AR | Sonya White | |
| 2 | Irma V 11/30 | Nicole F. Lvg 3p dds AR | Micaela B. cx 12/4-ls | Pal J. | Pal J. | Cheron B. | |
| 3 | | Murul S. | Maya R. V OK dc | Irma V pm V AR 11/30/06-ls | Micaela C. V 12/05/06 sd | Pat Tapia | |
| 4 | | Micaela B. (2) 12/4-ls | Robert M B/J per Deb AR | | Jennifer S. | Micaela C. V cx 12/7/06 sd | |
| 5 | | Maya R. V OK dc cx 11/30/06-ls | Gladys C. V 4:15 am AR | Robert M (FMLA) per Deb AR | Maya R. V OK dc cx 11/30/06-ls | Lee F. cx 12/6-ls | |
| 6 | | Robert M (FMLA) per Deb AR | Munil S. lvg @4 AB109 AR | Nicole F pm V AR | Robert M (FMLA) per Deb AR | Gina F. V (L) 6:5-30 Jay/sd | |
| | | Catalina V. wL4s 11/27, cx'd ls 11/30 | | | | Micaela C. V 12/05/06 sd | |
| | | | | | | Robert M (FMLA) per Deb AR | |

| Pods | Sunday 10-Dec-06 | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday 16-Dec-06 |
|---|---|---|---|---|---|---|---|
| 1 | | Diane M. | Diane M. | Diane M. | Kai S. | Gina F. V (4hr pm) AR per | |
| 2 | sd | Joan P. | Irma-cx 12/5-ls | Lourdes M. 3 am AR | Irma F. Pl | | |
| 3 | | Tina F. | Shamaneen K. Vcx 12/4-ls | Shamaneen K. Vcx 12/4-ls | Irma M. cx 12/4ls | Shamaneen K. V | |
| 4 | | Micaela B. 4.0 V am SD | Talba A. V AR | Kai S. V | Heather T. V WL AR | Anna M. V | |
| 5 | | Anna M. V-cx 11/8-ls | Debbie W. V | Talba A. V AR | Debbie W. V | Kai R. | |
| 6 | | April D. Cx'd 12/1 AR | Margarita R M6 CPR pm sd | Debbie W. V | | Cheron B. | |
| | | 12/4/06 ls Cheron 's wl V sd | | | | Rocio V wl approved-ls | |

| Pods | Sunday 17-Dec-06 | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday 23-Dec-06 |
|---|---|---|---|---|---|---|---|
| 1 | | Diane M. | Diane M. | Diane V. | Diane M. | Debra CS (BH) | |
| 2 | | Joan M. cx 11/30-ls | Joan M. cx 11/30-ls | Jasmine M. | Kim | Susan L. Sony W. was on wL-ls | |
| 3 | | Sonya W. | Sonya W. Vcx 12/5-ls | Talba A. S 130-530 SD | Jasmine M. | Diane M. | |
| 4 | | Shamaneen K. V | Shamaneen K. V | Shamaneen K. V | Joan M. cx 11/30-ls | Jasmine M. | |
| 5 | | Gladys W. Vcx 12/06/06 sd | Gladys W. V cx 12/06/06 sd | Gladys W. V cx 12/06/06 sd | Jackie H. V | Cherron B. | |
| 6 | | Cheron B. | Jasmine M. | Cheron B. | Pat J. | Idella E. V | |
| 7 | | Rocio V w/ approved-ls | Gloria M FMLA 2-4 per DHC | Rocio V w/ approved ls | | Joan M cx 11/30-ls | |
| 8 | | Nicole adds Jgom L. | Rocio V wl approved-ls | | | Darlene R V WL AR | |
| | | | Alma apptV 430 | | | Gloria M (V 4pm) | |

| Pods | Sunday 24-Dec-06 | Monday 25-Dec-06 X-MAS | Tuesday | Wednesday | Thursday | Friday | Saturday 30-Dec-06 |
|---|---|---|---|---|---|---|---|
| 1 | | | Debra CS V | Debra CS V | Debra CS V | Debra CS V | |
| 2 | | | Susan L. | Susan L. | Susan L. | Susan L. | |
| 3 | | | Diane M. BH | Diane M. | Diane M. | Diane M. | |
| 4 | | | Kim B. | Sue J. | Sue J. | Sue J. | |
| 5 | | | Jasmine M. | Joan M. | Joan M. | Charina E. V | |
| 6 | | | Sue J.   Brenda-pm (xfer)ls | Irene AV | Irene AV | Idella E. V per Dab | |
| | | | Darlene R. UHW meeting | Alma V was on WL cxls | Lily L (no) FMLA SD | | |
| | | | | OK-Miriam R (pm) per Dar | Alma V was on WL cxls | Darlene R V WL AR | |
| | | | | | Margarita R appt pm | Jackie H. V WL AR | |
| | | | | | | Fatema ok from wl (fb) | |

| Pods | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Wait List: | | | | | | | |
| 1 | Charina E. (m2) - 26 | Aileen E (m) - 22,26 | Irene AV (m) - 26, 22 | Arlie M. (m2) - 26 | Elora L (m1) - 22 | Kari R. - 22,2 | Maya R. W @ GC | Jackie H.-15 |
| 2 | Irma V. (m3) - 26 | Joy L. (m) - 22,26,28 | Demerica E. (m2) - 22, 27 | Kari R. (m3) - 22, 27 | Cheron B. (m2) - 21, 22 | Jasmine M. (m2) - 21, 22,26 | | |
| 3 | Joan M. (m4) - 26, ls | Pat J. (m1) | Micaela C. (mx) - 22, 27 | Gladys W. (m) - 21, 22 | Amy W. (m) - 26, 27 | Maria M. (m) - 21, 22,26 | | |
| 4 | Darlene R. (m5) - 22, 26 | Lourdes M. (m) - 22, 26, 29 | Lee F. (m) 12/05 st 12/6 W not enough vacation | Jennifer C. (m2) - 22, | Martha B. L. - 26, 27, 28, 29 | Rocio M. (m) - | Rocio F. V - 26 | |
| 5 | Sonya W. (m1) - 22, 26 | Shamaneen K. (m2) - 22 | | Muril S. (m) - 26, 29 | Diego C. (m) - 22, 26, 28, 28 | Debbie W. - | Catalina V wl4s 11/27 | |
| 6 | Jackie H. (m3) - 22, 26 | Tina F. - 26 (doesn't have enough time) | Pamela T. (m) - 22, 28 (doesn't have enough | Gina F. (m) - 22, 26 | Taiba A. (ms) - 22, 26, 28, 29 | Lily L. (5) - 15, 18, 20 | Cheron B. (M4) - 11 OK 12/7 | |
| 7 | Fatema M. (m4) - 22,26 | Nicole F. (m2) - 22, 26, 29 | Miriam R. (m4) - 22 | Diane F. (m) - 22, 26 | Jennifer S. (m1) - 8, 22, 26, 27 | Heather T. (m1) - 1K | Jennifer Chavez-Lew wl V | |
| | | | | | | | Miriam R (M4) wl V | |

→ #19 on Seniority Waitlist

**EXHIBIT B**

UHWW MED MASTER VACATION CALENDAR

## JANUARY 2007

| Pods | Monday 1-Jan-07 | Tuesday | Wednesday 3-Jan-07 | Thursday 4-Jan-07 | Friday 5-Jan-07 | Saturday 6-Jan-07 |
|---|---|---|---|---|---|---|
| 1 | New Years | | Sue J. | Sue J. | Sue J. | |
| 2 | Sherice E. V AR | Diane M. | Jean M. Cx'd 12/01 AR | Jean M. Cx'd 12/01 AR | Jean M. Cx'd 12/01 AR | |
| 3 | | Jasmine M. | Margarita R. - FH cx 12/05 sd | Margarita R. - V cx 12/05 sd | Margarita R. - V cx 12/05 sd | |
| 4 | | Sue | | Shamoneen K. V | Shamoneen K. V | |
| 5 | | Charna F. | sd | | Gladys W. V | |
| 6 | | Irma V. V | | | Jennifer S. | |
| | | Talbe apt 8:30 (tba) | | | April am appt (tba) | |

| Pods | Sunday 7-Jan-07 | Monday 8-Jan-07 | Tuesday 9-Jan-07 | Wednesday 10-Jan-07 | Thursday 11-Jan-07 | Friday 12-Jan-07 | Saturday 13-Jan-07 |
|---|---|---|---|---|---|---|---|
| 1 | | Sue J | Sue J | Shamoneen K. V. TOR dc | | Darlene R. V | |
| 2 | | Gagan C. - BH | Shamoneen K. V. TOR dc | | | Albert L. | |
| 3 | | Shamoneen K. V TOR dc | Maggie | Maggie | Maggie | Anne M. V CXL 1/2 sd | |
| 4 | | Gina F. Cx'd 1/8/07 AR | Gina F. Cx'd 1/8/07 AR | Gina F. Cx'd 1/8/07 AR | Gina F. Cx'd 1/8/07 AR | Kari R. - V | |
| 5 | | | Marina R./OR pm sd | Miriam R. S 9-10 and 4:30-5:30 AR | | Gladys W. Cx'd 1/9/07 AR | |
| 6 | | | Gagan C. (CBR) pm sd | | | Cheron B. | |
| | | | Amanda appt 4:30 | | | | |

| Pods | Sunday 14-Jan-07 | Monday 15-Jan-07 | Tuesday | Wednesday 17-Jan-07 | Thursday 18-Jan-07 | Friday 19-Jan-07 | Saturday 20-Jan-07 |
|---|---|---|---|---|---|---|---|
| 1 | | MLK | Charna F. V | Gina F. V AR | Gina F. V AR | Meshema K. - V | |
| 2 | | | Darlene R. AR | 1/17 S | Susan E. FH AR | Gina F. V AR | |
| 3 | | | | cx 1/16 | Cheron pm E 1/15 | | |
| 4 | | | forgot | | | vim-ls | |
| 5 | | | Demeshia F. - V | | | Cheron -1hr SL okd Vim-ls | |
| 6 | | | Margarita F. - V | | | | |

| Pods | Sunday 21-Jan-07 | Monday 22-Jan-07 | Tuesday 23-Jan-07 | Wednesday 24-Jan-07 | Thursday 25-Jan-07 | Friday 26-Jan-07 | Saturday 27-Jan-07 |
|---|---|---|---|---|---|---|---|
| 1 | | Meshema K. | Miriam SL 3:30-5:30 ls 1/18 | Miriam V 4:30-5:30 ls 1/18 | Celeste V BH cx 1/23 ls | Kari R. - V | |
| 2 | | Munir S. | | Cheron V 1/6 cx 1/24 ls | Jackie H S 4-8 per Carol | Diane K pm V AR 10-9 AR | |
| 3 | | Diane K. - BH | | | Arminda S. V - cx 1/16 | Nasheed S V cx'd Gina BH E 1/23 | |
| 4 | | Jabeeda BH-ls | Jabeeda ls | Jabeeda ls | Jabeeda ls | Vim-ls 1/25 | |
| 5 | | Kari | | | Jennifer Chance V ls 1/26 | Sonya White V AR | |
| 6 | | Gina F V AR | | | | Jackie H V AR | |
| | | Joan M-EDI pm AR Per Carol | | | | Amanda BH cx 1/25 | |

| Pods | Sunday 28-Jan-07 | Monday 29-Jan-07 | Tuesday 30-Jan-07 | Wednesday 31-Jan-07 | | Wait List: | |
|---|---|---|---|---|---|---|---|
| 1 | | Diego E. not employed here Cheron V cx 1/25 | Irma V. (N-pm cell) V Cx'd 1/9/07 AR | | Jean M. (M4) - 2 | Margarita K. M4 V cx 12/5 sd    2 Talba A. (m5)-2, 12 | |
| 2 | | Jabeeda ls | | | Darlene R. (m5) - 2 | Shamoneen K. (m5) - 2    3 Jenifer S. (m1) - 2, 12, 16 | |
| 3 | | Irma V. AR 1/25 | | | Jackie H. - 2 | Kari R. (m3) - 2    Rocio M. (m1) - 2 | |
| 4 | | Gagan BH-ls 1/25 | | | Meshema K. (m3) - 2 | Gladys W. - 2, 16    Annabella P. (M1) - 2 | |
| 5 | | Sonya Holiday 1/25 | | | Tina F. (m6) - 2 | Diane K. (m1)- 2    4 Shamoneen K. (M5) 12 | |
| 6 | | Margarita 1/23 | | | Nicole F. (m6) - 2 | Eloisa L. (m1) - 2    Miriam R wl - 2 | |
| | | | | | Maggie C. (m3) - 2 | Arminda B. (m6) - 2, 16    Gagan C. (M6) 22 | |

#4 for the 12th



Union City Medical Offices

**CERTIFIED MAIL #7001 0320 0001 5327 1707**
US MAIL

January 4, 2007

Shamaneen Khan
34225 Aspen Loop
Union City CA 94587

Regarding:   Unauthorized Time Off

Dear Shamaneen,

Over the past several months you submitted multiple requests for time off for December and January. I reviewed each request with you and each time and you were denied. You were informed that you were placed on the "wait list" for multiple days per contract.

The only vacation time that was actually approved was your original request for December 11 through December 20, 2006. Your regular scheduled day off would have been December 21, 2006 and you were denied vacation for December 22, 26, 27, and 29, 2006 as well as January 2, 2007 and you failed to report to work on all of these specific dates.

I referred you to your UHW Steward for questions or concerns.

You are on unauthorized time off which is Job Abandonment. You must report to work Friday January 5, 2007. Failure to do so will result in disciplinary action up to and including dismissal.

Sincerely,

*Deborah Hennings-Cook, RN*
Deborah Hennings-Cook, RN
Manager – Department of Medicine
(510) 675-4688

01-04-2007

DHC/vmd

**EXHIBIT C**

**KAISER PERMANENTE®**

Union City Medical Offices
3553 Whipple Road
Union City, CA 94587

CERTIFIED MAIL #7001 0320 0001 5327 1691
US EXPRESS MAIL

January 5, 2007

Shamaneen Khan
34225 Aspen Loop
Union City, CA 94587

Regarding:  Second Notification
            Unauthorized Time Off

Dear Shamaneen,

Over the past several months you submitted multiple requests for time off for December and January. I reviewed each request with you and each time and you were denied. You were informed that you were placed on the "wait list" for multiple days per contract.

The only vacation time that was actually approved was your original request for December 11 through December 20, 2006. Your regular scheduled day off would have been December 21, 2006 and you were denied vacation for December 22, 26, 27, and 29, 2006 as well as January 2, 2007 and you failed to report to work on all of these specific dates.

I referred you to your UHW Steward for questions or concerns.

You are on unauthorized time off which is Job Abandonment. You must report to work Friday January 5, 2007. Failure to do so will result in disciplinary action up to and including dismissal.

Because you did not report to work on January 5, 2007 as requested, you must contact me by phone to set up a meeting with me and your Union Steward.

Sincerely,

*[signature]*

Deborah Hennings-Cook RN
Medicine Manager
(510) 675-4688
01-05-07
DHC/vmd

**EXHIBIT D**

 **KAISER PERMANENTE.**               Union City Medical Offices

CERTIFIED MAIL # 7001 0320 0001 5327 1684
US MAIL

January 12, 2007

Shamaneen Khan
34225 Aspen Loop
Union City, CA  94587

Regarding:  Third Notification
            Unauthorized Time Off

Dear Shamaneen,

You have been notified twice to contact me by telephone. I still have not heard from you.

Please do not report to work. You must call me so that we can set up a meeting.

Sincerely,

*Deborah Hennings-Cook*

Deborah Hennings-Cook RN
Medicine Manager
(510) 675-4688
01-12-07
DHC/vmd

**EXHIBIT E**

Kaiser Permanente Medical Group, Inc.
3553 Whipple Road
Union City, CA 94587

SKHAN 3rd Request.LTR

## The Permanente Medical Group, Inc.
GREATER SOUTHERN ALAMEDA AREA
HAYWARD & FREMONT MEDICAL CENTERS

27400 HESPERIAN BOULEVARD        39400 PASEO PADRE PARKWAY
HAYWARD, CALIFORNIA 94545         FREMONT, CALIFORNIA 94538

BARRY SCURRAN, D.P.M.            CALVIN WHEELER, M.D.
Physician-in-Chief                Physician-in-Chief

January 18, 2007

Shamaneen Khan
43225 Aspen Loop
Union City, CA 94587

Regarding: Termination

Dear Shamaneen,

This letter is to inform you that you are being terminated for unauthorized time off/ job abandonment. Beginning on January 20, 2006 you requested time off for which you were denied and placed on the "wait list". We met with you multiple times over the past several months to discuss your requests and you were informed every time of the denial. However, on December 18, 2006 you elected to take the time off without approval for all of the extended time that was denied.

On January 4, 2007 a letter was mailed requesting you to report to work on January 5, 2007(see attached).

On January 5, 2007 another letter was mailed requesting you to report to work. However, you still failed to report to work (see attached).

A third letter was mailed on January 12, 2007 requesting you to not report to work, but to call me to set up a meeting with myself and a UHW Steward (see attached).

The Staffing Department notified me during your absence that you called four times notifying them that your were out of the Country on a religious pilgrimage.
As a result of your actions your employment with Kaiser Permanente has been terminated effective January 17, 2007.

We wish you well with your future endeavors.


Deborah Hennings-Cook, RN
Manager, Department of Medicine



KAISER PERMANENTE

**EXHIBIT F**