WILLIAM A. SOKOL, Bar No. 072740
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL UNION,
UNITED HEALTHCARE WORKERS – WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMANEEN Z. KHAN,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PERMANENTE MEDICAL GROUP, INCORPORATED, A CALIFORNIA CORPORATION; SEIU -- UNITED HEALTHCARE WORKERS – WEST, a California Corporation and DOES 1-50, INCLUSIVE,<br><br>  Defendants. | No.   C-08-01783 WHA<br><br>**[PROPOSED] ORDER GRANTING SEIU UNITED HEALTHCARE WORKERS-WEST'S MOTION TO DISMISS COMPLAINT FOR DAMAGES BASED ON RELIGIOUS DISCRIMINATION, (FAILURE OT ACCOMMODATE), WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY AND INFLICTION OF EMOTIONAL DISTRESS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[Proposed] Order Granting Motion to Dismiss Complaint, Case No. C-08-01783 WHA

## ORDER

This matter having come on for hearing before the Hon. William H. Alsup in courtroom 9 of the above-entitled Court on May 29, 2008, on the Motion to Dismiss for Failure to State a Claim for Which Relief can be Granted filed by Defendant. Having considered all relevant papers in the Court's file, and good cause appearing therefore;

IT IS HEREBY ORDERED that defendant SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED HEALTHCARE WORKERS – WEST's Motion to Dismiss is granted under Federal Rule of Civil Procedure 12(b)(6).

Dated: _____

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

118636/489418

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

[Proposed] Order Granting Motion to Dismiss Complaint, Case No. C-08-01783 WHA