WILLIAM A. SOKOL, Bar No. 072740
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL UNION,
UNITED HEALTHCARE WORKERS – WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMANEEN Z. KHAN,<br><br>  Plaintiff,<br><br>  v.<br><br>THE PERMANENTE MEDICAL GROUP, INCORPORATED, A CALIFORNIA CORPORATION; SEIU -- UNITED HEALTHCARE WORKERS – WEST, a California Corporation and DOES 1-50, INCLUSIVE,<br><br>  Defendants. | No.   C-08-01783 WHA<br><br>**PROOF OF SERVICE OF NOTICE OF REMOVAL OF A CIVIL ACTION; CIVIL CASE COVER SHEET; NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT; WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA DROP BOX FILING PROCEDURES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP** |

118636/489757

Proof of Service of Notice of Removal, CMC Order, Supplemental Order, Case No. C-08-01783 WHA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On April 8, 2008, I served upon the following parties in this action:

> Patrick M. Glenn
> Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP
> 425 Market Street, 26th Floor
> San Francisco, CA 94105

copies of the document(s) described as:

1. **NOTICE OF REMOVAL OF A CIVIL ACTION;**
2. **CIVIL CASE COVER SHEET;**
3. **NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;**
4. **WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO;**
5. **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA DROP BOX FILING PROCEDURES;**
6. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;**
7. **U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**
8. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;** and
9. **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP**

[X]  **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify that the above is true and correct. Executed at Alameda, California, on April 8, 2008.

118636/489737

Rhonda Fortier-Bourne

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Proof of Service, Case No. C 08 01783 WHA