1  WILLIAM A. SOKOL, Bar No. 072740
   BRUCE A. HARLAND, Bar No. 230477
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone 510.337.1001
   Fax 510.337.1023
5
   Attorneys for Defendant
6  SERVICE EMPLOYEES INTERNATIONAL UNION,
   UNITED HEALTHCARE WORKERS – WEST
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 SHAMANEEN Z. KHAN,                ) No.   C-08-01783 WHA
                                     )
12         Plaintiff,                 ) **PROOF OF SERVICE OF**
                                     ) **WELCOME TO THE U.S. DISTRICT**
13    v.                              ) **COURT SAN FRANCISCO;**
                                     ) **UNITED STATES DISTRICT COURT**
14 THE PERMANENTE MEDICAL GROUP,     ) **NORTHERN DISTRICT OF CALIFORNIA**
   INCORPORATED, A CALIFORNIA        ) **DROP BOX FILING PROCEDURES;**
15 CORPORATION; SEIU -- UNITED       ) **NOTICE OF AVAILABILITY OF**
   HEALTHCARE WORKERS – WEST, a      ) **MAGISTRATE JUDGE TO EXERCISE**
16 California Corporation and DOES 1-50, ) **JURISDICTION;**
   INCLUSIVE,                        ) **U.S. DISTRICT COURT NORTHERN**
17                                   ) **DISTRICT OF CALIFORNIA ECF**
           Defendants.                ) **REGISTRATION INFORMATION**
18                                   ) **HANDOUT;**
                                     ) **ORDER SETTING INITIAL CASE**
19                                   ) **MANAGEMENT CONFERENCE AND ADR**
                                     ) **DEADLINES; and**
20                                   ) **SUPPLEMENTAL ORDER TO ORDER**
                                     ) **SETTING INITIAL CASE MANAGEMENT**
21                                   ) **CONFERENCE IN CIVIL CASES BEFORE**
                                     ) **JUDGE WILLIAM ALSUP**
22                                   )
                                     )
23                                   )
                                     )
24                                   )
                                     )
25 _____ )

26 118636/489760

27

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Proof of Service of Notice of Removal, CMC Order, Supplemental Order, Case No. C-08-01783 WHA

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On April 8, 2008, I served upon the following parties in this action:

Eugene T. Franklin
Attorney at Law
22762 Main Street
Hayward, CA 94541

copies of the document(s) described as:

1. **WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO;**
2. **UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA DROP BOX FILING PROCEDURES;**
3. **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;**
4. **U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**
5. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and**
6. **SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP**

[X]  **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

I certify that the above is true and correct. Executed at Alameda, California, on April 8, 2008.

Rhonda Fortier-Bourne

118636/489745

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Proof of Service, Case No. C 08 01783 WHA