1  Eugene T. Franklin, CA SBN 124881
2  Barbara F. Green, CA SBN 150320
   Franklin Employment Law Group
3  Attorneys at Law
   22762 Main Street
4  Hayward, California 94541
   Telephone: (510) 538-0969
5  Facsimile:  (510) 538-6502

6
   Attorneys for Plaintiff
7  Shamaneen Khan

8
                   **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**

10 | Shamaneen Khan,                               | )   | Case No.: C08-01783 WHA |
11 |                                                | )   |                         |
   | Plaintiff,                                    | )   | **NOTICE OF MOTION AND MOTION FOR REMAND AND OPPOSITION TO DEFENDANT SEIU UNITED HEALTHCARE WORKERS' MOTION TO DISMISS** |
12 | vs.                                            | )   |                         |
13 | The Permanente Medical Group,                 | )   | **[FED.R.CIV.PROC. 12(b)(6)]** |
14 | Incorporated, A California Corporation;       | )   |                         |
   | SEIU United Healthcare Workers-West, a        | )   | Date: May 29, 2008      |
15 | California Corporation and DOES 1-50,         | )   | Time: 8:00 a.m.         |
16 | inclusive,                                    | )   | Judge: William H. Alsup |
   |                                                | )   | Courtroom: 9, 19th Floor |
17 | Defendants.                                   | )   | [Date scheduled for Motion to Dismiss] |
18 |                                                | )   |                         |
   |                                                | )   | Date: June 19, 2008     |
19 |                                                | )   | Time: 8:00 a.m.         |
   |                                                | )   | Judge: William H. Alsup |
20 |                                                | )   | Courtroom: 9, 19th Floor |
21 |                                                | )   | [Date set for Plaintiff's Motion to Remand] |
22 |                                                | )   | Complaint Filed: March 7, 2008 |
   |                                                | )   | Removed: April 3, 2008  |
23

24     TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

25     PLEASE TAKE NOTICE that on June 19, 2008, at 8:00 a.m., or as soon thereafter as the

26 matter can be heard in Courtroom No. 9 of the above -captioned court, located at 450 Golden

27 Gate Avenue, San Francisco, California 94102, before the Honorable William H. Alsup, Plaintiff

28

1  Shamaneen Khan will move, and hereby does move this Court, for an Order remanding this
2  matter back to the Superior Court of the State of California, County of Alameda.
3      This motion is made on the ground that there is no federal subject matter (removal)
4  jurisdiction over this case on the basis asserted by defendants.
5      This motion is based on this Notice and Motion, on all of the pleadings, records, and
6  papers on file in this action, the attached Memorandum of Points and Authorities, and on the
7  Declarations of Plaintiff Shamaneen Khan and her attorney Eugene T. Franklin filed concurrently
8  herewith.
9      Finally, plaintiff respectfully requests that defendant SEIU United Healthcare Workers-
10 West's motion to dismiss be continued to June 19, 2008, the date set for plaintiff's motion to
11 remand, so that both motions may be heard at the same time.

Dated: May 5, 2008            Respectfully submitted:
                                    FRANKLIN EMPLOYMENT LAW GROUP

                         /s/
           By: _____
                EUGENE T. FRANKLIN
                Attorneys for Plaintiff
                Shamaneen Khan