| | |
|---|---|
| 1 | Eugene T. Franklin, CA SBN 124881 |
| 2 | Barbara F. Green, CA SBN 150320 |
| | Franklin Employment Law Group |
| 3 | Attorneys at Law |
| | 22762 Main Street |
| 4 | Hayward, California 94541 |
| | Telephone: (510) 538-0969 |
| 5 | Facsimile:  (510) 538-6502 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | Shamaneen Khan |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Shamaneen Khan, | ) | Case No.: C08-01783 WHA |
| | ) | |
| Plaintiff, | ) | **PROOF OF SERVICE BY MAIL FOR:** |
| | ) | **NOTICE OF MOTION AND MOTION** |
| vs. | ) | **FOR REMAND AND OPPOSITION TO** |
| | ) | **DEFENDANT SEIU UNITED** |
| The Permanente Medical Group, | ) | **HEALTHCARE WORKERS' MOTION** |
| Incorporated, A California Corporation; | ) | **TO DISMISS;** |
| SEIU United Healthcare Workers-West, a | ) | **PLAINTIFF'S MEMORANDUM OF** |
| California Corporation and DOES 1-50, | ) | **POINTS AND AUTHORITIES IN** |
| inclusive, | ) | **OPPOSITION TO DEFENDANT UHW'S** |
| | ) | **MOTION TO DISMISS** |
| Defendants. | ) | **[FED.R.CIV.PROC. 12(b)(6)] AND IN** |
| | ) | **SUPPORT OF PLAINTIFF'S MOTION** |
| | ) | **FOR REMAND** |
| | ) | **DECLARATION OF PLAINTIFF** |
| | ) | **SHAMANEEN SHAN IN OPPOSITION** |
| | ) | **TO DEFENDANT SEIU UNITED** |
| | ) | **HEALTHCARE WORKERS' MOTION** |
| | ) | **TO DISMISS;** |
| | ) | **DECLARATION OF EUGENE T.** |
| | ) | **FRANKLIN IN SUPPORT OF** |
| | ) | **PLAINTIFF'S REQUEST FOR** |
| | ) | **ATTORNEYS' FEES** |

[Re: Khan v. The Permanente Medical Group, Inc., SEIU-UHWs-West [Case No.:C08-01783 WHA]

**PROOF OF SERVICE BY MAIL- CCP § 1013A, 2015.5**

I, Aysha Spaulding, declare that:

I am over the age of eighteen years and not a party to the within cause of action. I am a resident of the County of Alameda, State of California.

My place of employment is 22762 Main Street, Hayward, California 94541. On May 6, 2008, I deposited in the United States mail in Hayward, California, a copy of the attached:

**NOTICE OF MOTION AND MOTION FOR REMAND AND OPPOSITION TO DEFENDANT SEIU UNITED HEALTHCARE WORKERS' MOTION TO DISMISS;**

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT UHW'S MOTION TO DISMISS [FED.R.CIV.PROC. 12(b)(6)] AND IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND**

**DECLARATION OF PLAINTIFF SHAMANEEN SHAN IN OPPOSITION TO DEFENDANT SEIU UNITED HEALTHCARE WORKERS' MOTION TO DISMISS;**

**DECLARATION OF EUGENE T. FRANKLIN IN SUPPORT OF PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES;**

in a sealed envelope, with postage fully prepaid, addressed to the below listed persons:

| | |
|---|---|
| Bruce A. Harland, Esquire | Patrick M. Glenn, Esquire |
| Weinberg, Roger & Rosenfeld | Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP |
| A Professional Corporation | 425 Market Street, 26th Floor |
| 1001 Marina Village Parkway, Suite 200 | San Francisco, California 94105 |
| Alameda, California 94501-1091 | |

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. This declaration was executed on May 6, 2008, at Hayward, California.

/s/

_____
Aysha Spaulding