1   WILLIAM A. SOKOL, Bar No. 072740
    BRUCE A. HARLAND, Bar No. 230477
2   WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
3   1001 Marina Village Parkway, Suite 200
    Alameda, California 94501-1091
4   Telephone: 510-337-1023
    Fax: 510-337-1023
5
    Attorneys for Defendant
6   SEIU, United Healthcare Workers – West

7   EUGENE T. FRANKLIN, CA SBN 124881
    BARBARA F. GREEN, CA SBN 150320
8   FRANKLIN EMPLOYMENT LAW GROUP
    ATTORNEYS AT LAW
9   22762 Main Street
    Hayward, California 94541
10  Telephone: 510-538-0969
    Fax: 510-538-6502
11
    Attorneys for Plaintiff
12  Shamaneen Khan

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16  SHAMANEEN KHAN                  ) No.    C08-01783 WHA
                                    )
17          Plaintiff,              ) STIPULATION AND [PROPOSED]
                                    ) ORDER CHANGING THE HEARING
18       v.                         ) DATE FOR DEFENDANT'S SEIU,
                                    ) UNITED HEALTHCARE WORKERS –
19  THE PERMANENTE MEDICAL GROUP,   ) WEST'S MOTION TO DISMISS AND
    INCORPORATED, a California Corporation; ) SETTING BRIEFING SCHEDULE
20  SEIU UNITED HELATHCARE WORKERS -- )
    WEST, a California Corporation and DOES 1- ) [FED.R.CIV.PROC. 12 (B)(6)]
21  50, INCLUSIVE,                  )
                                    )
22          Defendants.            )
                                    )
23  _____)

24          Counsel for the Parties, by and through their respective counsel of record, hereby stipulate

25  and agree as follows:

26          WHEREAS, on or about March 7, 2008, Plaintiff filed a Complaint for Damages Based on

27  Religious Discrimination, (Failure to Accommodate), Wrongful Termination in Violation of Public

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation and [Proposed] Order for Changing Defendant UHW's Motion to Dismiss Hearing Date and Setting
Briefing Schedule

1    Policy and Infliction of Emotional Distress against Defendants in the Superior Court of the State of

2    California, for the County of Alameda, Case No. HG08375316;

3          WHEREAS, on or about April 3, 2008, Defendant SEIU, United Healthcare Workers –

4    West ("UHW") filed a Notice of Removal;

5          WHEREAS, on or about April 8, 2008, Defendant UHW filed a Motion to Dismiss under

6    Rule 12(b)(6) of the Federal Rules of Civil Procedure, which is set to be heard on May 29, 2008 at

7    8 a.m. before the Honorable William H. Alsup;

8          WHEREAS, on or about May 5, 2008, Plaintiff filed a Notice of Motion and Motion for

9    Remand and Opposition to Defendant UHW's Motion to Dismiss;

10         WHEREAS, Plaintiff's Motion for Remand is currently scheduled for June 19, 2008 at 8

11    a.m. before the Honorable William H. Alsup;

12         WHEREAS, it best serves the interests of judicial economy to establish a coordinated

13    briefing schedule and common hearing date for UHW's Motion to Dismiss and Plaintiff's Motion

14    for Remand;

15         NOW, THEREFORE, the parties hereby stipulate and agree as follows:

16         1.    The hearing on UHW's Motion to Dismiss currently scheduled for hearing on May

17    29, 2008, and Plaintiff's Motion for Remand is hereby continued to **June 19, 2008.**

18         2.    UHW shall file a combined Reply in support of its Motion to Dismiss and

19    Opposition to Motion for Remand on or before **May 29, 2008.**

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Stipulation and [Proposed] Order for Changing Defendant UHW's Motion to Dismiss Hearing Date and Setting
Briefing Schedule

1    3.    Plaintiff shall file a Reply in support of its Motion for Remand on or before **June 5, 2008**.

2    Dated: May 8, 2008

3                                              WEINBERG, ROGER & ROSENFELD
4                                              A Professional Corporation

5                                     By:    _Bruce A. Harland_____
6                                              WILLIAM A. SOKOL
                                               BRUCE A. HARLAND
7                                              Attorneys for Defendant
                                               SEIU, United Healthcare Workers – West
8    Dated: May ___, 2008                      FRANKLIN EMPLOYMENT LAW GROUP

9
                                      By:    _____
10                                             EUGENE T. FRANKLIN
                                               BARBARA F. GREEN
11                                             Attorneys for Plaintiff
                                               Shamaneen Khan
12

13    Dated: May 8, 2008                       HANSON, BRIDGETT, LLP

14
                                      By:    _____
15                                             PATRICK M. GLENN
                                               Attorneys for Defendant
16                                             The Permanente Medical Group

17

18          Pursuant to the Stipulation of the Parties, and GOOD CAUSE, appearing, IT IS SO

19    ORDERED.

20

21

22    Dated: May ___, 2008

23                                    By:    _____
                                               HON. WILLIAM H. ALSUP
24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulation and [Proposed] Order for Changing Defendant UHW's Motion to Dismiss Hearing Date and Setting
Briefing Schedule

3.    Plaintiff shall file a Reply in support of its Motion for Remand on or before **June 5, 2008**.

Dated: May 8, 2008

                                        WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation

                                        By: _____
                                             WILLIAM A. SOKOL
                                             BRUCE A. HARLAND
                                             Attorneys for Defendant
                                             SEIU, United Healthcare Workers – West

Dated: May 8, 2008               FRANKLIN EMPLOYMENT LAW GROUP

                                        By: _____
                                             EUGENE T. FRANKLIN
                                             BARBARA F. GREEN
                                             Attorneys for Plaintiff
                                             Shamaneen Khan

Dated: May ___, 2008             HANSON, BRIDGETT, LLP

                                        By: _____
                                             PATRICK M. GLENN
                                             Attorneys for Defendant
                                             The Permanente Medical Group

        Pursuant to the Stipulation of the Parties, and GOOD CAUSE, appearing, IT IS SO
ORDERED.

Dated: May ___, 2008

                                        By: _____
                                             HON. WILLIAM H. ALSUP
                                             UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulation and [Proposed] Order for Changing Defendant UHW's Motion to Dismiss Hearing Date and Setting
Briefing Schedule