WILLIAM A. SOKOL, Bar No. 072740
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone: 510-337-1023
Fax: 510-337-1023

Attorneys for Defendant
SEIU, United Healthcare Workers – West

EUGENE T. FRANKLIN, CA SBN 124881
BARBARA F. GREEN, CA SBN 150320
FRANKLIN EMPLOYMENT LAW GROUP
ATTORNEYS AT LAW
22762 Main Street
Hayward, California 94541
Telephone: 510-538-0969
Fax: 510-538-6502

Attorneys for Plaintiff
Shamaneen Khan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMANEEN KHAN<br><br>Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INCORPORATED, a California Corporation; SEIU UNITED HELATHCARE WORKERS -- WEST, a California Corporation and DOES 1-50, INCLUSIVE,<br><br>Defendants. | No. C08-01783 WHA<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CHANGING THE HEARING DATE FOR DEFENDANT'S SEIU, UNITED HEALTHCARE WORKERS – WEST'S MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE**<br><br>**[FED.R.CIV.PROC. 12 (B)(6)]** |

Counsel for the Parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on or about March 7, 2008, Plaintiff filed a Complaint for Damages Based on Religious Discrimination, (Failure to Accommodate), Wrongful Termination in Violation of Public

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation and [Proposed] Order for Changing Defendant UHW's Motion to Dismiss Hearing Date and Setting Briefing Schedule

Policy and Infliction of Emotional Distress against Defendants in the Superior Court of the State of California, for the County of Alameda, Case No. HG08375316;

WHEREAS, on or about April 3, 2008, Defendant SEIU, United Healthcare Workers – West ("UHW") filed a Notice of Removal;

WHEREAS, on or about April 8, 2008, Defendant UHW filed a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, which is set to be heard on May 29, 2008 at 8 a.m. before the Honorable William H. Alsup;

WHEREAS, on or about May 5, 2008, Plaintiff filed a Notice of Motion and Motion for Remand and Opposition to Defendant UHW's Motion to Dismiss;

WHEREAS, Plaintiff's Motion for Remand is currently scheduled for June 19, 2008 at 8 a.m. before the Honorable William H. Alsup;

WHEREAS, it best serves the interests of judicial economy to establish a coordinated briefing schedule and common hearing date for UHW's Motion to Dismiss and Plaintiff's Motion for Remand;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. The hearing on UHW's Motion to Dismiss currently scheduled for hearing on May 29, 2008, and Plaintiff's Motion for Remand is hereby continued to **June 19, 2008**.

2. UHW shall file a combined Reply in support of its Motion to Dismiss and Opposition to Motion for Remand on or before **May 29, 2008**.

///

///

///

///

///

///

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

3. Plaintiff shall file a Reply in support of its Motion for Remand on or before **June 5, 2008**.

Dated: May 8, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: [signature]
WILLIAM A. SOKOL
BRUCE A. HARLAND
Attorneys for Defendant
SEIU, United Healthcare Workers – West

Dated: May ___, 2008

FRANKLIN EMPLOYMENT LAW GROUP

By: ______________________
EUGENE T. FRANKLIN
BARBARA F. GREEN
Attorneys for Plaintiff
Shamaneen Khan

Dated: May 8, 2008

HANSON, BRIDGETT, LLP

By: [signature]
PATRICK M. GLENN
Attorneys for Defendant
The Permanente Medical Group

Pursuant to the Stipulation of the Parties, and GOOD CAUSE, appearing, IT IS SO ORDERED.

Dated: May ___, 2008

By: ______________________
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulation and [Proposed] Order for Changing Defendant UHW's Motion to Dismiss Hearing Date and Setting Briefing Schedule

3. Plaintiff shall file a Reply in support of its Motion for Remand on or before **June 5, 2008.**

Dated: May 8, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: ______________________
WILLIAM A. SOKOL
BRUCE A. HARLAND
Attorneys for Defendant
SEIU, United Healthcare Workers – West

Dated: May 8, 2008

FRANKLIN EMPLOYMENT LAW GROUP

By: ______________________
EUGENE T. FRANKLIN
BARBARA F. GREEN
Attorneys for Plaintiff
Shamaneen Khan

Dated: May ___, 2008

HANSON, BRIDGETT, LLP

By: ______________________
PATRICK M. GLENN
Attorneys for Defendant
The Permanente Medical Group

Pursuant to the Stipulation of the Parties, and GOOD CAUSE, appearing, IT IS SO ORDERED.

Dated: May 12, 2008

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge William Alsup

By: ______________________
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulation and [Proposed] Order for Changing Defendant UHW's Motion to Dismiss Hearing Date and Setting Briefing Schedule