1    WILLIAM A. SOKOL, Bar No. 072740
     BRUCE A. HARLAND, Bar No. 230477
2    WEINBERG, ROGER & ROSENFELD
     A Professional Corporation
3    1001 Marina Village Parkway, Suite 200
     Alameda, California 94501-1091
4    Telephone 510.337.1001
     Fax 510.337.1023
5
6    Attorneys for Defendant
     SERVICE EMPLOYEES INTERNATIONAL UNION,
7    UNITED HEALTHCARE WORKERS – WEST

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   SHAMANEEN Z. KHAN,                    ) No.    C-08-01783 WHA
                                           )
12            Plaintiff,                    ) **DECLARATION OF BRUCE A.**
                                           ) **HARLAND IN OPPOSITION TO**
13        v.                                ) **PLAINTIFF'S MOTION FOR**
                                           ) **REMAND AND REPLY IN SUPPORT**
14   THE PERMANENTE MEDICAL GROUP,          ) **OF SEIU, UNITED HEALTHCARE**
     INCORPORATED, a California Corporation;) **WORKERS -- WEST'S MOTION TO**
15   SEIU, UNITED HEALTHCARE WORKERS –      ) **DISMISS FOR FAILURE TO STATE A**
     WEST, a California Corporation and DOES 1-) **CLAIM FOR WHICH RELIEF CAN**
16   50, INCLUSIVE,                         ) **BE GRANTED**
                                           )
17            Defendants.                   ) **[FED.R.CIV.PROC. 12(b)(6)]**
                                           )
18   _____) Date:   June 19, 2008
                                           ) Time:  8:00 a.m.
19                                          ) Judge: William H. Alsup
                                           ) Courtroom:    9, 19th Floor
20                                          )
                                           )
21   _____)

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

1    I, Bruce A. Harland, hereby declare as follows:

2    1.    I am an associate in the law firm of Weinberg, Roger and Rosenfeld, and am one of

3  the attorneys representing Defendant, SEIU, United Healthcare Workers – West ("UHW") in the

4  above-entitled case.  I make this declaration upon my personal knowledge, and, if called as a

5  witness, I could competently testify to the facts hereinafter stated.

6    2.    Attached as Exhibit A is a true and correct copy of the relevant provisions of the

7  collective bargaining agreement between UHW and Defendant The Permanente Medical Group.

8  These provisions include provisions dealing specifically with discrimination, schedules, vacation

9  leave, sick leave, discipline and discharge, and the grievance and arbitration procedure.

10    I declare under penalty of perjury under the laws of the United States of America and the

11  State of California that the foregoing is true and correct.  Executed this 29th day of May 2008 in

12  Alameda, California.

13                                             _/s/_ BRUCE A. HARLAND_____
                                               BRUCE A. HARLAND
14

15  118636/495019

16

17

18

19

20

21

22

23

24

25

26

27

28

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

Declaration of Bruce A. Harland in Support of SEIU, UHW - West's Opposition to Plaintiff's Motion for Remand
Case No. C-08-01783 WHA

# UNITED HEALTHCARE WORKERS – WEST



---

## COLLECTIVE BARGAINING AGREEMENT

---



## NORTHERN AND SOUTHERN CALIFORNIA

**KAISER FOUNDATION HEALTH PLAN, INC.**
**KAISER FOUNDATION HOSPITALS**
**SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP**
**THE PERMANENTE MEDICAL GROUP, INC.**

**EFFECTIVE OCTOBER 1, 2005**

EXHIBIT A

## TABLE OF CONTENTS

ARTICLE I – PURPOSE ...................................................................................................... 1

ARTICLE II – COURTEOUS AND RESPONSIBLE RELATIONSHIPS ............................... 1

ARTICLE III – MANAGEMENT'S RIGHTS ........................................................................ 2

ARTICLE IV – RECOGNITION ......................................................................................... 2

    SECTION 1 – RECOGNITION ...................................................................................... 2
    SECTION 2 – JURISDICTION ....................................................................................... 3
    SECTION 3 – NOTIFICATION OF NEW EMPLOYEES ................................................ 3
    SECTION 4 – BONA FIDE SUPERVISORY EMPLOYEES .......................................... 3
    SECTION 5 – UNION LEADS ....................................................................................... 4
    SECTION 6 – VOLUNTEERS AND SPECIAL PROGRAMS ........................................ 5
    SECTION 7 – JOB DESCRIPTIONS ............................................................................ 5
    SECTION 8 – SUBCONTRACTING .............................................................................. 5

ARTICLE V – UNION MEMBERSHIP ............................................................................... 7

ARTICLE VI – DEDUCTION AND REMITTANCE OF UNION DUES, FEES, AND COPE ........ 8

    SECTION 1 – DUES AUTHORIZATION ....................................................................... 8
    SECTION 2 – REMITTANCE OF DUES ....................................................................... 8
    SECTION 3 – COPE CHECK OFF ............................................................................... 8
    SECTION 4 – EMPLOYER INDEMNIFICATION .......................................................... 8

ARTICLE VII – SAFE WORKING CONDITIONS AND WORKLOAD ................................ 8

    SECTION 1 – SAFE WORKING CONDITIONS ............................................................ 8
    SECTION 2 – WORKLOAD DISTRIBUTION ............................................................... 9
    SECTION 3 – NCAL REGISTERED DIETITIAN PARTICIPATION IN RELEVANT COMMITTEES ...... 9

ARTICLE VIII – DISCRIMINATION ................................................................................. 10

ARTICLE IX – NEW EMPLOYEES ................................................................................. 10

    SECTION 1 – PROBATIONARY EMPLOYEES .......................................................... 10
    SECTION 2 – NOTIFICATION TO NEW EMPLOYEES .............................................. 11
    SECTION 3 – NEW EMPLOYEE ORIENTATION / NEW HIRE .................................. 11

ARTICLE X – CATEGORIES OF EMPLOYEES ............................................................. 11

    SECTION 1 – REGULAR BENEFITED EMPLOYEES ................................................ 11
    SECTION 2 – NON-BENEFITED EMPLOYEES ......................................................... 12
    SECTION 3 – ACCRUAL OF BENEFITS ................................................................... 12
    SECTION 4 – IN-LIEU OF BENEFITS DIFFERENTIAL .............................................. 14
    SECTION 5 – VOLUNTARY CHANGE TO ON-CALL STATUS ................................. 14
    SECTION 6 – ALTERNATE COMPENSATION PROGRAM ....................................... 14
    SECTION 7 – DISTRIBUTION OF OVERTIME AND ADDITIONAL HOURS .............. 15
    SECTION 8 – CONVERSION OF ON-CALL AND LIMITED PART-TIME EMPLOYEES ...... 17
    SECTION 9 – REGIONAL PROVISIONS OF CATEGORIES OF EMPLOYEES ........... 18

ARTICLE XI – HOURS OF WORK ................................................................................. 22

    SECTION 1 – INTENT OF ARTICLE .......................................................................... 22
    SECTION 2 – NORMAL WORK WEEK ...................................................................... 22
    SECTION 3 – SCHEDULES ........................................................................................ 23
    SECTION 4 – WEEKENDS OFF ................................................................................ 23
    SECTION 5 – MANDATORY MEETINGS ................................................................... 24
    SECTION 6 – MEALS ................................................................................................. 24
    SECTION 7 – REST PERIODS AND MEAL PERIODS ............................................... 25

SECTION 8 – UNIFORMS...................................................................26
SECTION 9 – REPORTING PAY...........................................................26
SECTION 10 – NORTHERN CALIFORNIA REGION CALL IN ON SCHEDULED DAY OFF ..............27
SECTION 11 – NORTHERN CALIFORNIA REGION PROVISIONS ....................................28
SECTION 12 – SOUTHERN CALIFORNIA REGION PROVISIONS ....................................28

ARTICLE XII – OVERTIME AND ALLOWED TIME.....................................29

SECTION 1 – NORTHERN CALIFORNIA REGION PROVISIONS ..........................29
SECTION 2 – SOUTHERN CALIFORNIA REGION PROVISIONS ..........................30

ARTICLE XIII – WAGES.....................................................................34

SECTION 1 – WAGES .......................................................................34
SECTION 2 – TENURE STEP PROGRESSION.........................................35
SECTION 3 – PAY DAY AND PAY CHECKS..........................................37
SECTION 4 – PERFORMING WORK IN ANOTHER CLASSIFICATION .........38
SECTION 5 – FLOAT DIFFERENTIAL...................................................40
SECTION 6 – STANDBY AND CALL-BACK............................................41
SECTION 7 – BILINGUAL PAY............................................................44
SECTION 8 – SHIFT PREMIUMS .......................................................47
SECTION 9 – SPLIT SHIFTS .............................................................48
SECTION 10 – NCAL EMPLOYEES WHO BECOME LICENSED VOCATIONAL NURSES ..............49
SECTION 11 – MILEAGE ...................................................................50

ARTICLE XIV – JOB RECLASSIFICATION PROCESS .............................50

ARTICLE XV – COMPETITIVE WAGE REVIEW & EQUITY ADJUSTMENTS ..............51

ARTICLE XVI – SENIORITY ...............................................................52

SECTION 1 – DEFINITION OF SENIORITY ...........................................52
SECTION 2 – PROMOTIONS, TRANSFERS AND SENIORITY......................53
SECTION 3 – EMPLOYMENT AND INCOME SECURITY..........................58
SECTION 4 – WORK FORCE ADJUSTMENTS AND TRANSITIONS.............59
SECTION 5 – FORCE REDUCTION.....................................................60
SECTION 6 – DAILY CANCELLATIONS...............................................64
SECTION 7 – SOUTHERN CALIFORNIA REGION PROVISIONS ..................64

ARTICLE XVII – PAID LEAVES...........................................................65

SECTION 1 – HOLIDAYS ..................................................................65
SECTION 2 – SOUTHERN CALIFORNIA REGION LIFE BALANCE DAYS ..........71
SECTION 3 – VACATION ...................................................................72
SECTION 4 – SICK LEAVE ................................................................79
SECTION 5 – EDUCATION ................................................................86
SECTION 6 – JURY DUTY AND SUBPOENAS.......................................89
SECTION 7 – BEREAVEMENT LEAVE .................................................89

ARTICLE XVIII – LEAVES OF ABSENCE...............................................90

ARTICLE XIX – BENEFITS ................................................................96

SECTION 1 – INSURANCE BENEFITS .................................................96
SECTION 2 – PENSION.....................................................................107
SECTION 3 – PENSION SERVICE WHILE ON WORKERS' COMPENSATION LEAVE OF ABSENCE...
...........................................................................................113
SECTION 4 – INCOME PROTECTION ..................................................113

ARTICLE XX – UNION STAFF REPRESENTATIVES AND SHOP STEWARDS ..............115

SECTION 1 – UNION STAFF REPRESENTATIVES AND SHOP STEWARDS..............115
SECTION 2 – CONTRACT SPECIALIST ................................................116
SECTION 3 – BULLETIN BOARDS ......................................................116
SECTION 4 – UNION LEAVE ..............................................................117

**ARTICLE XXI – DISCIPLINE AND DISCHARGE** ...................................................117

    SECTION 1 – GENERAL PRINCIPLES.........................................................117
    SECTION 2 – PERFORMANCE EVALUATIONS.............................................118

**ARTICLE XXII – DISPUTES** ..............................................................................118

**ARTICLE XXIII – GRIEVANCE AND ARBITRATION PROCEDURE** .......................119

    SECTION 1 – GENERAL PRINCIPLES.........................................................119
    SECTION 2 – STEPS OF THE GRIEVANCE AND ARBITRATION PROCEDURE .........120
    SECTION 3 – GRIEVANCES ASSOCIATED WITH THE MASTER AGREEMENT .........122

**ARTICLE XXIV – GENERAL PROVISIONS** ..........................................................123

    SECTION 1 – CONFORMITY TO LAW. ........................................................123
    SECTION 2 – CONSCIENTIOUS OBJECTION................................................123
    SECTION 3 – CONFIDENTIALITY OF RECORDS AND PROTECTED HEALTH INFORMATION....123
    SECTION 4 – SOUTHERN CALIFORNIA REGION COMMUNITY DISASTER .........123

**ARTICLE XXV – DURATION OF AGREEMENT** ....................................................124

**NORTHERN CALIFORNIA REGION WAGE RATES – STRUCTURE A/B-1** ............129

**NORTHERN CALIFORNIA REGION WAGE RATES – STRUCTURE B-2** ................184

**SOUTHERN CALIFORNIA REGION WAGE RATES – BASE**................................240

**SOUTHERN CALIFORNIA REGION WAGE RATES – LEADS**..............................271

**APPENDICES APPLICABLE STATEWIDE** ...........................................................288

    A.   CALL CENTER ADDENDUM ...............................................................289
    B.   CATEGORIES OF EMPLOYEES TO INCLUDE OTHER BENEFITTED EMPLOYEES ............292
    C.   ALTERNATE COMPENSATION PROGRAM ............................................293
    D.   HARD-TO-FILL CLASSIFICATIONS CAREER LADDER JOINT RECOMMENDATIONS ........297
    E.   JOINT REVIEW OF DEPARTMENT STRUCTURE.....................................299
    F.   CLASSIFICATION SPECIFIC POST- BARGAINING REVIEW PROCESS.........301

**APPENDICES APPLICABLE TO NORTHERN CALIFORNIA REGION**......................302

    A.   ADVANCED HIRING CRITERIA ............................................................303
    B.   CODING CAREER LADDER..................................................................307
    C.   DEPENDENT CARE ............................................................................310
    D.   DOMESTIC PARTNER COVERAGE .......................................................311
    E.   EMERGENCY DEPARTMENT TECHNICIANS ..........................................312
    F.   FLEXIBLE WORK ARRANGEMENT (3/36) .............................................314
    G.   FLEXIBLE WORK ARRANGEMENT (4/40) .............................................317
    H.   FUNCTIONAL UNIT MANAGEMENT (FUM) ...........................................320
    I.   HEALTHCONNECT EFFECTS BARGAINING ...........................................324
    J.   LICENSED VOCATIONAL NURSE I.V. CERTIFICATION ............................340
    K.   MANDATORY OVERTIME ...................................................................342
    L.   MECHANIZATION ..............................................................................343
    M.   NO SHIFT CANCELLATION .................................................................345
    N.   POSITION SPECIFICATIONS FOR ALL GEOGRAPHIC AREAS INCLUDING FRESNO........347
    O.   POST-RETIREMENT MEDICAL BENEFITS FOR EMPLOYEES WHO RETIRE BEFORE
       01/01/2003 ......................................................................................349
    P.   RADIOLOGIC TECHNOLOGIST CAREER LADDER....................................351
    Q.   RADIOLOGIC TECHNOLOGIST SPECIAL COMPENSATION.........................354
    R.   REGISTERED DIETITIANS BENEFITS BY DESIGN ..................................356
    S.   REGISTERED DIETITIANS CLINICAL LADDER .......................................362
    T.   REGISTERED DIETITIANS HOLIDAYS ..................................................373
    U.   REGISTERED DIETITIANS OTHER APPLICABLE PROVISIONS ...................374

V.    REGISTERED DIETITIANS PAID TIME OFF (PTO) PROGRAM.................................378
W.    REGISTERED DIETITIANS PENSION ....................................................................380
X.    SERVICE PERFORMANCE PAY PROGRAM PILOT PROJECT ..............................384
Y.    SHIFT DIFFERENTIAL/TENURE STEP/EXPERIENCE CREDIT IN LIEU OF BENEFITS .........387
Z.    SONOGRAPHER CAREER LADDER......................................................................391
AA.   SPONSORED PARENT/PARENT-IN-LAW GROUP ...............................................394
BB.   TRANSITION ASSISTANCE PROGRAM ...............................................................395
CC.   WAGE ADMINISTRATIVE PRACTICES .................................................................405
DD.   WEEKENDS ONLY POSITIONS WITH 10% WEEKEND DIFFERENTIAL ..................408

APPENDICES APPLICABLE TO SOUTHERN CALIFORNIA REGION .................................409

A. SIDE LETTERS .................................................................................................................410

1.    10 AND 12 HOUR SHIFTS..................................................................................410
2.    DEPARTMENT DESIGNATION. ..........................................................................419
3.    EMPLOYEE HOSPITALIZATION FOR ALCOHOL AND DRUG DEPENDENCY. ......419
4.    FLEXIBLE SCHEDULES.....................................................................................419
5.    CENTRAL STAFFING FLOAT POOL ...................................................................420
6.    INDIAN HILL MEDICAL OFFICE. ........................................................................422
7.    MARTIN LUTHER KING, JR. HOLIDAY AND CÉSAR CHÁVEZ HOLIDAY. ............422
8.    PARKING............................................................................................................422
9.    PRODUCING NEW CONTRACTS. ......................................................................423
10.   RADIATION SAFETY COMMITTEE. ....................................................................423
11.   REGIONAL LABORATORIES – LUNCH BREAK. ..................................................424
12.   DIAGNOSTIC IMAGING TECHNOLOGIST. ..........................................................424
13.   COMMUNITY SERVICE. .....................................................................................425
14.   OPTICAL DISPENSER VACANCIES. ...................................................................426
15.   TYPING TESTS. .................................................................................................426
16.   STEWARD SUPPORT. ........................................................................................426
17.   STATUS 5 AND EXEMPT JOB REVIEW FOR INCLUSION IN THE BARGAINING UNIT .........427
18.   JOB EVALUATION. .............................................................................................428
19.   "OTHER OBLIGATIONS" .....................................................................................429
20.   ADVANCED STEP PLACEMENT AT HIRE. ..........................................................429
21.   JOB SECURITY, EDUCATION AND TRAINING. ...................................................430
22.   IN-HOUSE TRAINING PROGRAMS. ....................................................................433
23.   2ND YEAR EQUITY– NEW JOB DEFINITIONS ......................................................440
24.   ON-CALL AND LEAD POSITIONS ......................................................................443
25.   LABOR/MANAGEMENT PARTNERSHIP TRUST CONTRIBUTION. .......................443
26.   RESOURCE NETWORK. .....................................................................................444
27.   REDUCTION IN FORCE TO 36 HOURS PER WEEK ............................................446
28.   SHOP STEWARD TRAINING AND DEVELOPMENT ............................................446
29.   BILINGUAL DIFFERENTIAL. ...............................................................................447
30.   PART TIME ADDITIONAL PERMANENT HOURS .................................................448
31.   CLASSIFICATIONS AND WAGES .......................................................................448
32.   RED CIRCLE RATES ..........................................................................................448

B. KP HEALTHCONNECT/SEIU-UHW EFFECTS BARGAINING – SCAL TENTATIVE AGREEMENT......
    ..............................................................................................................................450

ATTACHMENT A .................................................................................................................460

space.   Registered Dietitians will also have the right to participate on all committees or in meetings related to Medical Nutrition Therapy.

186   **ARTICLE VIII – DISCRIMINATION**

187   A.   **Discrimination Defined.**
The Employer and the Union agree there shall be no discrimination against any Employee or applicant because of membership in the Union or lawful activities on behalf of the Union, or because of race, color, religion, creed, national origin, ancestry, gender, gender identity, sexual orientation, age, physical or mental disabilities, political affiliation, marital status, medical condition (as defined by applicable law), or veteran status.

188   B.   **No Discrimination in Pay.**
There shall be no distinction between wages paid to men and the wages paid to women for the performance of comparable quality and quantity of work on the same or similar jobs.

189   **ARTICLE IX – NEW EMPLOYEES**

190   **SECTION 1 – PROBATIONARY EMPLOYEES.**

191   A.   **For Employees Regularly Scheduled 20 Hours or More.**
The probationary period for Employees regularly scheduled for twenty (20) hours or more shall be ninety (90) calendar days.

192   B.   **For Employees Regularly Scheduled Fewer than 20 Hours.**
The probationary period for Employees regularly scheduled for fewer than twenty (20) hours shall be three hundred (300) hours or ninety (90) calendar days, whichever occurs later.

193   C.   **Only One Probationary Period.**
In no case shall an Employee be required to serve more than one probationary period.

194   D.   **Extensions of the Probationary Period.**

195        1.   **Mutual Agreement.**
The probationary period may be extended only by mutual Agreement between the Employer, the Employee and the Union.

Bargaining Agreement. Disputes under this Article shall not be subject to the provisions of "Article XXIII – Grievance and Arbitration Procedures".

565  **ARTICLE XVI – SENIORITY**

566  **SECTION 1 – DEFINITION OF SENIORITY**

567  A.  **Bargaining Unit.**
"Seniority" for all Employees shall be defined as an Employee's most recent date of hire in a bargaining unit position. Wherever the term "seniority" is used in this Agreement, it shall have this definition. The seniority date of an Employee shall not be adjusted for any reason.

568  1.  **NORTHERN CALIFORNIA REGION Acquired Facilities.**
Employees in classifications covered by this Agreement who were or are employed in a facility at the time it was or will be acquired by the Employer in Northern California will have their seniority recognized for all purposes from their most recent date of hire with their previous Employer. The granting of seniority pursuant to this paragraph shall have no force or effect on benefit eligibility, wage adjustments, or related matters.

569  2.  **Implementation of UHW Seniority.**
Effective January 1, 2007, seniority as defined herein shall apply on a statewide basis. Prior to January 1, 2007, the definitions and applications of seniority in the UHW 2000-2005 Collective Bargaining Agreements in the Northern California Region and Southern California Region respectively shall continue to apply.

570  B.  **Seniority Lists.**
Seniority lists of Employees will be maintained and readily accessible within the department and shall be provided to the Union Representative, his/her designee, steward or concerned Employee upon request.

571  C.  **On-Call Employees.**
On-Call Employees may exercise seniority only among themselves. (Southern California Region Employees see paragraph 601 for exception.)

572  D.  **Seniority Tiebreaker.**

573  1.  **NORTHERN CALIFORNIA REGION Seniority Tiebreaker.**
In the event employees in the Northern California Region have identical seniority dates, the order of tiebreakers will be:

a.)  First to apply.

52

        b.)     First to interview.

        c.)     First to start work.

574    2.    **SOUTHERN CALIFORNIA REGION Seniority Tiebreaker.**
In the event employees in the Southern California Region have identical seniority dates, the tiebreaker will be employee number. Specifically, employees hired after the implementation of the My HR System will use their new employee number. Those hired prior to the implementation will utilize the employee number they had prior to the implementation.

575    **SECTION 2 – PROMOTIONS, TRANSFERS AND SENIORITY**

576  A.    **Posting of Vacancies.**
All job vacancies within the bargaining unit shall be posted by the Employer for seven (7) calendar days in a manner and/or in location(s) accessible and visible to all Employees.

577  B.    **Posting Requirements.**

578    Postings for any vacancy shall include the following information:

579    1.    Minimum qualifications based on the job requirements.

580    2.    Classification, location, scheduled hours (status), shift, department, days off, start and end times, assignment, and wage grade (where applicable).

581    3.    The date of posting.

582    4.    The reason for the vacancy, if the job was vacated due to a promotion.

583    5.    **SOUTHERN CALIFORNIA REGION Job Postings.**

584        a.)    On-Call jobs shall be posted by shift (day, evening, or night) pursuant to paragraphs 577 - 582 above with the exception
of    scheduled hours, number of hours per week and days off.

585        b.)    Nothing herein is intended to restrict the Employer from posting variable shifts and anyone from bidding on a combination of day, evening or night shifts.

586  C.    **Change in Qualifications.**
In the event a job is posted listing certain qualifications, and no one meets those qualifications, and the Employer is willing to accept an applicant with

752   C.   **Requests for Life Balance Days**.
Insofar as possible, Life Balance Days will be granted on the day(s) most desired by the Employee and will be considered for anytime in the calendar year.   Preference for granting Life Balance Days will be by seniority.

753        1.   **Emergency Requests**.
Requests for Life Balance Days shall be granted in an emergency situation.

754        2.   **Non Emergency Requests**.
Requests for non-emergency Life Balance Day(s) must be made forty-eight (48) hours in advance (not including days that a department or work area is closed) for the Employee to receive the time off.   In the event that a non-emergency request for a Life Balance Day(s) is denied, the next request by the same Employee shall be granted provided the day requested is at least forty-eight (48) hours after the day that was denied.

755   D.   **Payment of Life Balance Days Upon Termination, Change in Status or Retirement**.
Life Balance Days, accrued but not used, will be paid to the Employee upon termination, retirement, or transfer to an ineligible status.

756   E.   **Personal Time Off**.
Where circumstances warrant, an Employee may request and may receive personal time off without pay.   Such requests shall not be unreasonably denied.  In a verifiable emergency, on duty Employees may ask for personal time off which shall be granted on momentary notice.  It shall not be a condition to the granting of personal time off that the Employee secure his/her own replacement.   Employees may not be denied personal time off because they have accumulated Vacation, Life Balance Days, and Sick Leave.

757        Approved personal time off or time off requested by the Employer shall not be used against the Employee in any way including but not limited to disciplinary action.

758   **SECTION 3 – VACATION**

759   A.   **NORTHERN CALIFORNIA REGION Vacation Provisions**.
**(Registered Dietitians should refer to NCAL Appendix V for applicable Paid Time Off Program provisions.)**

760       1.    **Vacation Accrual Rate.**
                All Regular Full-Time Employees with the applicable continuous
                years of service with the Employer shall accrue vacation hours on a
                monthly basis in accordance with the following schedule:

| Length of Service | Hours per Month | Days per Month | Days per Year |
|---|---|---|---|
| 1 Year | 6.67 | 0.83 | 10 Days |
| 2 Years to 4 Years | 10.00 | 1.25 | 15 Days |
| 5 Years to 9 Years | 13.33 | 1.67 | 20 Days |
| 10 Years and thereafter | 16.67 | 2.08 | 25 Days |

761       2.    **Vacation Pay.**

762             a.)   **Full-time Employees.**
                      The vacation pay for regular full-time Employees shall be the
                      base rate, including shift differential and split shift differential,
                      for their regular straight-time schedule of work.

763             b.)   **Part-time Employees.**
                      The vacation pay for Regular Part-Time Employees shall be
                      the base rate, including shift differential and split shift
                      differential, at the time the vacation is taken, times the
                      average number of straight-time hours worked per week
                      during the vacation accrual year.

764             c.)   **Minimum Rate of Accrual.**
                      Vacation shall be accrued based, at a minimum, on an
                      eligible Employee's regular schedule (status). Regular Part-
                      time Employees who work additional hours will accrue
                      additional vacation hours based on their actual hours
                      worked.

765       3.    **Vacation Availability.**
                Employees who become benefited may use accrued vacation after
                six (6) months of being in a benefited status. An Employee who
                achieves benefited status after the January period described below
                may submit requests to use accrued vacation, which shall be
                granted on a first-come, first-served basis.

766             a.)   **Submission of Vacation Requests.**
                      Employees will submit to their supervisors in January of
                      each year a list of their first, second, and third choices for
                      vacation dates occurring during the twelve-month period
                      commencing April 1st.

767    b.)    **Amount Available for Use.**
In submitting their requests, Employees may use all their annual accrued vacation or anticipated vacation accrual. Employees who anticipate that they will want to utilize more than their annual accrual will notify their supervisor on or about December 1st.

768    c.)    **Posting of Vacation Schedules.**
On or before March 15th of each calendar year, the supervisor or department head will post the vacation schedule for that year. Employees in a department shall be given preference on the basis of seniority in the choice of vacation periods.

769    d.)    **Vacation Requests Submitted After the Vacation Schedule is Posted.**
Vacation requests submitted after January will be considered and granted on a first-come, first-served basis. Such requests will be granted or denied within two (2) weeks of their submission.

770    e.)    **Incremental use of Vacation.**
Employees may split their vacation into increments of no fewer than four (4) hours, subject to the requirements of efficient operations.

771    4.    **Holidays During Vacation.**
If a recognized holiday occurs during the Employee's vacation period, he/she shall be granted an additional day of vacation at his/her regular pay, or an additional day's pay in the amount he/she would have received had he/she not been on vacation, at the option of the Employer.

772    5.    **Vacation Carry Over Not Encouraged.**
Normally vacation accruals should not be carried over from one anniversary year to the next. However, unused vacation may be accumulated up to a maximum of two (2) times their annual accrued vacation in accordance with paragraph 760. Vacation Accrual Rate, above, as follows for Regular Full Time staff:

| Length of Service | Accrual Limit |
|---|---|
| 1 Year | 160 Hours |
| 2 Years to 4 Years | 240 Hours |
| 5 Years to 9 Years | 320 Hours |
| 10 Years and thereafter | 400 Hours |

773
During the time period described above for submitting vacation requests, Employees whose vacation accumulation has approached or reached the maximum will meet with his/her supervisor to set forth a plan for vacation to be taken or cashed out using the Vacation Cash Out ("VCO") provision described below in the coming year in order to reduce the balance below the maximum accumulation level. If, at any time, the total accumulation reaches 500 hours, additional vacation hours will not be accrued until the vacation balance falls below 500 hours.

774
6. **Vacation Cash Out ("VCO").**
Employees may cash out vacation time up to one hundred sixty (160) hours per year of their annual accrual as provided in the Kaiser Permanente "Vacation Cash Out" (VCO) benefit provisions. Such election must be made by December of the year preceding the year the cash out will occur. Such election is irrevocable.

775
7. **Call-Back.**
In the event an Employee is called back to work while on vacation, he/she shall be paid at time and one-half (1-½) in addition to his/her vacation pay.

776
8. **Radiologic Technologist Special Compensation.**
Effective November 4, 1990, Regular employees hired as Radiologic Technologists prior to October 25, 1986, shall receive, once each year, (December 1) a lump sum payment equal to eighty (80) hours straight-time pay. Part-time Regular Radiologic Technologists shall have their lump sum payment prorated. This lump sum payment shall not apply to Radiologic Technologists at the Kaiser Permanente Medical Facility in Fresno. (See NCAL Appendix Q).

777 B. **SOUTHERN CALIFORNIA REGION Vacation Provisions.**

778
1. **Vacation Eligibility Date.**
The vacation eligibility date determines the Employee's accrual rate and is his/her date of hire, unless it is adjusted for unpaid leaves of absence or for the period of time that the Employee worked in an ineligible status. The vacation eligibility date shall mean that period of continuous employment with the Employer, less any absence from employment which exceeds sixty (60) days. Leaves of absence of sixty-one (61) days or more will be deducted in their entirety from the eligibility date. Service Credit shall continue during the entire period of a leave of absence due to industrial illness or injury and Union leave.

75

779    2.    **Vacation Accrual Schedule.**
Each full-time Employee shall accrue vacation hours on a monthly basis in accordance with the following schedule:

| Length of Service | Hours per Month | Days per Month | Days per Year |
|---|---|---|---|
| 0-4 Years | 6.67 | 0.83 | 10 |
| 5-8 Years | 10.00 | 1.25 | 15 |
| 9-10 Years | 13.33 | 1.67 | 20 |
| 11 Years or More | 16.67 | 2.08 | 25 |

780    Employees who are regularly scheduled and work more than forty (40) hours per week for at least six (6) consecutive months of an eligibility year shall earn vacation pay based on the more than forty (40) hour workweek including normally paid premiums.

781    3.    **Vacation for Part-time Employees.**
Part-time Employees shall receive vacation pay for time taken off on a scheduled day based on their normally schedule hours that day.  Weeks scheduled off will be paid at forty (40) hours or the average hours worked based on the previous three (3) months worked, at the Employee's option.  Part-Time Employees shall accrue vacation hours prorated based on an average of straight time hours paid (maximum of eighty (80) per pay period) in the preceding two (2) pay periods.

782    4.    **Vacation Pay.**
Vacation pay shall be at the base hourly wage rate the Employee is receiving on the date the time is taken off.  Employees shall not receive their shift differential with vacation pay.  Vacation shall not be considered as time worked for the purposes of calculating overtime.

783    5.    **Vacation Accumulation and Donation.**
Employees may accumulate up to a maximum of twice their annual accrual.  Employees may donate vacation hours to fellow benefited Employees.

784    6.    **Designated Holiday During Vacation.**
If a paid designated holiday, as set forth in this Section, occurs during an Employee's vacation, he/she shall have three options: 1) forty (40) hours vacation pay along with eight (8) hours holiday not worked pay (prorated for Part-Time); 2) thirty-two (32) hours vacation pay along with eight (8) hours holiday not worked pay (prorated for Part-Time); 3) forty (40) hours vacation pay along with an additional day off with pay thirty (30) days before or after said

designated holiday. The above options shall be applied to vacation periods which are more or less than forty (40) hours. Said options will be requested at the time of vacation selection pursuant to this Article or at the time of the vacation request.

785      7.    **"Call Back" From Vacation.**

Employees called back from vacation to work for a period of four (4) days or less shall be paid at the rate of one and one-half (1½) times the appropriate rate of pay for all hours worked. If Employees are called back from vacation for a period of five (5) days or more, the vacation shall be rescheduled and the work performed shall be at the straight time regular rate of pay.

786   8.    **Scheduling Vacation.**

787          a.)    **Period for Requests and Posting.**

Employees shall be solicited prior to March first (1st) of the year in order to determine their preferences for vacation. Prior to April first (1st), the Employer shall advise all Employees as to when their vacation is scheduled and shall post the full twelve (12) month vacation schedule in a location accessible to all Employees.

788          b.)    **Vacation Periods.**

Vacation will, insofar as possible, be granted at times most desired by Employees (longer service Employees being given preference as to choice based on seniority). Vacation requests in any department will be considered at any time of the year. The taking of vacation during Christmas and New Year's shall not be unreasonably denied. The final right to allot vacation periods and the right to change such allotments are reserved to the Employer in order to ensure the orderly operation of the facility.

789          c.)    **Splitting Vacations.**

For those Employees choosing to split their vacation into three (3) or more increments, seniority will apply only to the first (1st) and second (2nd) choice of vacation increments in each anniversary year. All vacation request forms shall allow the Employee to indicate which requested vacation period is his/her or her first (1st) choice, which is his/her second (2nd) choice, and which is his/her the third (3rd) choice.

790           **d.)**    **Notice of Approval or Denial.**
The Employer shall notify an Employee in writing of approval or denial of vacation requests submitted on or after April first (1st) within four (4) weeks after receipt of said request.

791           **e.)**    **Pay if Employee's Vacation is Changed.**
Should it be necessary to change an Employee's scheduled vacation, the Employee may opt to receive his/her vacation pay at the time his/her vacation was originally scheduled. Such pay shall be considered as an advance of the monies due the Employee at the time he/she subsequently takes his/her vacation.

792           **f.)**    **Vacation for Employees who Transfer.**
Transferring Employees will be required to select vacation from open dates, at their new department/location, not previously filled by scheduled vacation or approved leaves.

793           **g.)**    **Requests of Fewer than Five (5) Days.**
Requests for vacation in increments of less than five (5) days may be exercised at any time. The Employee may request and receive an available existing date(s) to use paid vacation hours subject to staffing needs and efficiency of operations.

794           **h.)**    **Personal Time and Vacation.**
An Employee may request and receive personal time off in conjunction with his/her regularly scheduled vacation.

795           **i.)**    **Scheduling of Vacation With Days Off.**
The Employer will schedule, when possible, the Employee's days off in such a way that they are attached to the Employee's vacation period.

796    **9.**    **Advance Vacation Paycheck.**
Two (2) weeks is the minimum advance notice required in order to ensure that an Employee will receive his/her vacation paycheck prior to going on vacation.

797    **10.**    **Minimum Vacation Period.**
The total amount of vacation earned, according to the applicable provisions of this Section, may be taken in one (1) consecutive period. Vacation periods may be split at the request of the Employee. An Employee may request that he/she be allowed to take vacation in increments of less than five (5) workdays. Vacations may start on any day of the week. The final right to grant

such request is reserved to the Employer subject to the operational needs of the facility and such requests shall not be unreasonably denied.

798    11.    **Cash Out – Irrevocable Election.**
Employees may elect to cash out vacation time up to one hundred sixty (160) hours per year of their annual accrual. Such election must be made during the annual open enrollment period of the year preceding the year the cash-out will occur.

799    **SECTION 4 – SICK LEAVE.**

800    A.    **NORTHERN CALIFORNIA REGION Sick Leave Provisions.**
**(Registered Dietitians should refer to NCAL Appendix V for applicable Paid Time Off Program provisions.)**

801    1.    **Accumulation.**

802        a.)    **Rate of Accrual.**
Each Regular Employee shall accumulate one (1) day's sick leave with pay for each calendar month of employment. After completion of the fourth (4th) year of employment each Regular Employee shall accumulate one and one-fourth (1¼) days of sick leave with pay for each calendar month of employment. An Employee shall not be entitled to sick leave with pay unless he/she has acquired three (3) months' continuous service credit and in no case shall sick leave be retroactive to any absence due to sickness during the first three (3) months of service credit.

803        b.)    **Pro-Rated Accrual for Part-Time Employees.**
Regular Employees working less than forty (40) hours per week shall accumulate sick leave on the basis of the ratio of his/her regularly scheduled hours of work per week to forty (40) hours per week.

804        c.)    **Pension Credit.**
An Employee who has accrued 250 hours of sick leave at the time of retirement shall have all accrued sick leave hours applied to his/her credited service.

805    2.    **Pay.**
Pay for sick leave shall be that straight-time pay which the Employee would have received had he/she worked his/her regular schedule that day, including any shift differential being received by the Employee concerned.

79

806    3.    **Applicability.**

807    a.)    **Only for Days Employee was Scheduled.**
Sick leave shall be applicable only if the Employee is ill on days he/she is regularly scheduled to work. If an Employee claims sick leave, and, if the Employer has reasonable doubt of the validity of the disability, the Employer may require reasonable proof of physical disability sufficient to justify the Employee's absence from work for the period claimed.

808    b.)    **Hospitalization While on Vacation.**
An Employee hospitalized while on vacation is eligible to convert vacation time to unused sick leave for the period of hospitalization provided reasonable proof of the hospitalization is provided. Conversion of vacation time to sick leave time will apply only to those days the Employee was pre-scheduled for vacation.

809    c.)    **Disabling Injury or Illness.**
An Employee who suffers a disabling illness or injury of at least five (5) consecutive days duration while on prescheduled vacation leave, may convert 50% of the verified portion of illness to unused sick leave. Such conversion shall be limited to blocks of pre-scheduled vacation of one or more weeks. The Employer shall require reasonable proof of the disabling illness or injury, obtained at the time of the disabling event.

810    d.)    **Medical, Dental, or Mental Health Appointments.**
Upon completion of the probationary period, paid sick leave shall also apply for hours directly associated with medical, dental, or mental health appointments. For those Employees whose appointments are away from the facility where they work the appointment will be scheduled so that at least a part of the scheduled appointment falls in the first or last hour of each paid period of scheduled work. The Employee will give written notice of at least twenty-four (24) hours and supply verification that the appointment was kept.

811    e.)    **Inpatient/Outpatient Mental Health Treatment.**
Sick leave shall be applicable not only as described elsewhere in this Article, but also for mental health treatment as an in-patient and/or outpatient in an accredited institution.

812    4.    **Holiday During Sick Leave**.
If an Employee is absent on paid sick leave and a holiday occurs during such absence, if he/she is eligible for holiday pay, such pay shall be charged to the holiday and not against sick leave credits.

813    5.    **Integration with Disability and Workers' Compensation**.

814    a.)    **State Disability**.
If an Employee is eligible for basic UCD (Disability) benefits, Employer-paid sick leave shall be reduced by the amount of the UCD benefits the Employee is eligible to receive. Payments received in the form of basic UCD benefits shall not be charged against the Employee's accumulated sick leave.

815    b.)    **Workers' Compensation**.
If an Employee is eligible for Workers' Compensation Insurance payments, the same method of integration with Employer paid sick leave shall apply. Employees who receive full sick leave and are subsequently reimbursed by Workers' Compensation or State Disability Insurance benefits will have their pay adjusted by the amount of overpayment and their sick leave recredited proportionately.

816    6.    **Return From Sick Leave**.
Employees returning from paid sick leave shall be returned to their jobs, and any Employee sent home after such return on the grounds that his/her position has been filled shall be paid his/her regular pay for the time lost; provided, however, for absence of one (1) work week or less, Employees shall furnish notice of their readiness to return to work by 2:00 p.m. of the work day prior to their return and for absences of more than one (1) work week they shall furnish forty-eight (48) hours' notice of their readiness to return to work. The Employee must also, if requested, supply certification by a physician on the staff of the Employer of their physical fitness to perform the work required. Delays occasioned by the Employer's failure to provide such examination shall extend the period of eligibility for sick leave.

817    7.    **Employee Requests for Data**.
Data concerning an Employee's sick leave accrual will be supplied by his/her supervisor upon request.

818    B.    <u>SOUTHERN CALIFORNIA REGION Sick Leave Provisions</u>.

819    1.    <u>Paid Sick Leave</u>.

820    a.)    <u>Rate of Accrual</u>.
Each Full-Time Employee shall be entitled to receive fifteen (15) sick days with pay per year accumulated monthly at the rate of ten (10) hours per month.  Payment of Sick Leave benefits shall commence with the first day of any illness, hospitalization, injury or medical appointments.

821    b.)    <u>General Sick Leave Provisions</u>.
There shall be no limit on sick leave accumulation.  Paid sick leave shall not be considered an interruption of continuous service.  Sick leave shall not be considered as time worked for purposes of computing overtime.  Sick leave pay shall not include an Employee's regular shift differential.  Certification by a physician or visiting nurse duly authorized by the Employer may be required whenever it appears to be justified.

822    c.)    <u>Pregnancy</u>.

823    i.)    The Employer agrees to treat absences due to the disability of Employees with pregnancy, childbirth or related medical conditions in the same manner as absences resulting from other temporary medical disabilities.

824    ii.)    If, at the commencement of, or during, the leave related to pregnancy, the Employee submits a physician's verification of disability, paid sick leave will commence.  All fringe benefits will continue during paid sick leave as if the Employee were actively at work.  Sick leave pay will continue until exhausted, or the Employee is no longer disabled, whichever occurs first.  The Employee may then apply for an unpaid leave.

825    d.)    <u>Medical and Dental Appointments</u>.

826    i.)    Accrued sick leave may be used for routine personal medical appointments provided that the Employee gives his/her supervisor at least ten (10) days advance notice of the appointment.  If, however, the facility cancels or requests a change in the

82

Employee's appointment or an emergency occurs, the ten (10) days notice requirement shall be waived. Additionally, accrued sick leave may be used for emergency dental and emergency optical appointments. The ten (10) days notice requirement may also be waived in any instance where there is mutual consent of the Employee and the supervisor.

827      ii.)      The Employer agrees to expedite doctor's appointments for Employees who become ill while on duty. In addition, the Employer agrees to expedite optical appointments for laboratory/cytology Employees routinely required to use a microscope.

828      iii.)      When Employees are directed by their supervisor to see a physician while at work, they shall be paid at their regular rate of pay for the time it takes to fulfill such request provided the attending physician determines the Employee may return to work. However, if the physician determines the Employee is unable to return to work said time will be deducted from the Employee's sick leave account. In either case Employees should clock out when leaving the work area. This paragraph shall not apply where an Employee knows in advance of arriving at work that he/she will be required to provide a physician's certification of illness or return to work authorization.

829      e.)      **Accident or Hospitalization or Illness While on Vacation.** If an Employee suffers a disabling accident or hospitalization while on vacation the Employee may convert the vacation time to sick leave provided the Employee has accrued sick leave. The Employee must submit documentation substantiating that such disability precludes an Employee from performing his/her occupation. The Employee shall retain vacation time for days spent so disabled; such vacation time shall be rescheduled by mutual Agreement. Any illness certified by a physician during an Employee's vacation shall entitle the Employee to convert from vacation to sick leave.

830      f.)      **No Discipline.**

831      i.)      **During Hospitalization.** The Employer will not discipline an Employee during a period of hospitalization.

832

ii.)  **Good Attendance Records.**
It is understood that Employees with good attendance records or accrued sick leave shall not be disciplined for utilizing their accrued sick leave for bona fide validated illness.

833

g.)  **Notice of Duration of Sick Leave.**
Employees shall advise the Employer of the duration of their intended absences due to illness and shall provide the Employer with reasonable notice of any changes in this duration. In the event the Employee fails to so advise the Employer, it is understood the Employer will check with the Employee so as to know staffing requirements in the workplace. However, the Employer will not contact the Employee for purposes of informing the Employee of his/her utilization of such leave.

834  2.  **Paid Sick leave for Part Time Employees.**
Part-Time Employees shall accumulate Sick Leave based on monthly compensated hours, not to exceed ten (10) hours of sick leave per month. Payment of Sick Leave benefits shall commence with the first day of any illness.

835

A Part Time Employee who converts from Full Time status will have all accrued Sick Leave placed in the Employee's Sick Leave account.

836  3.  **Sick Leave Hours Converted to Credited Service With Retirement Plan.**
An Employee who retires or terminates employment with a vested status in the Pension Plan, and who has a sick leave account balance of two hundred fifty (250) or more hours, will have all of his/her sick leave account balance converted to Credited Service for pension plan benefit calculation purposes. This conversion increases the pension monetary value; it does not impact the Employee's eligibility to retire.

837  4.  **Federal Family and Medical Leave Act/California Family Rights Act.**
The Employer will comply with the provisions of the California Family Rights Act, as amended, and with the provisions of the Federal Family and Medical Leave Act of 1993, as amended.

838    5.    **Use of Paid Sick Time for Family Illness.**
The Employee may use up to one-half (1/2) of his/her annually accrued Sick Leave for the purpose of providing care to his/her sick spouse, children, significant other or dependents.

839    6.    **Holiday During Sick Leave.**
If a designated holiday occurs during a period of Vacation or Sick leave, the Employee shall have the option to receive sick pay for that day plus the unworked holiday pay, or the option to receive sick pay and take the holiday within sixty (60) days after his/her return from sick leave, or the option to be paid holiday pay and such day shall not be charged to Sick Leave credits.

840    7.    **Integration of Compensation Benefits and Sick Leave.**

841    a.)    Employees who are eligible for basic State Disability Insurance (SDI) benefits shall have their paid Sick Leave reduced by the amount of the SDI benefit the Employee is eligible to receive, so that combined SDI pay and Sick Leave pay total normal straight time salary. The reduced amount of Sick Leave payment shall be charged against the Employee's Sick Leave Account. Employees who are eligible for Workers' Compensation Insurance (WCI) payments will have the same method of integration with Employer-paid Sick Leave. Employees may elect to waive integrated Sick Leave benefits with Workers' Compensation Insurance payments, provided said election is made within seven (7) calendar days of the inception of the absence, and provided further that said election shall be irrevocable for the duration of said absence. Should the Employee fail to elect non-integration within the seven (7) calendar day period, the option of non-integration will not be available.

842    b.)    It is the Employee's responsibility to promptly file claims for any compensation benefits for which he/she may be eligible and to report the amount of such benefits to the Human Resources Office.

843    c.)    In the payment to Employees on Sick Leave, Disability or Workers' Compensation, the Employer will deduct taxes in accordance with Federal and State laws.

844    7.    **Notice of Intended Absence.**
Employees who are required to be absent from work for any reason will provide their immediate supervisor or designated representative

85

with reasonable notice of such intended absence, and the reasons therefore.

845  **SECTION 5 – EDUCATION**

846  A.  **Education Leave.**
     **(Registered Dietitians should refer to NCAL Appendix U for benefits in addition to those provided below.)**

847  1.  **Eligibility, Accrual Rate and Maximum Accumulation.**
     After the completion of one (1) year of service, regular Full Time Employees shall begin earning paid education leave at the rate of forty (40) hours per year and Part-Time Employees will accrue education leave on a pro-rated basis.

848  a.)  **NORTHERN CALIFORNIA REGION Accumulation.**
     Education leave may be cumulative to a maximum of one hundred sixty (160) hours in Northern California.

849  b.)  **SOUTHERN CALFIORNIA REGION Accumulation.**
     Education leave may be cumulative to a maximum of forty-eight (48) hours.

850  2.  **Programs Eligible for Paid Education Leave.**
     Education programs, including home study programs, eligible for paid education leave include those sponsored by an educational institution, government agency, hospital, union or professional association and are subject to the following requirements:

851  a.)  **Related to Current Job.**
     The courses, seminars, symposia are related to the Employee's current job or job field or

852  b.)  **Transfer or Promotion Opportunities.**
     The courses, seminars, symposia are related to jobs to which the Employee can expect to transfer or promote or, if mutually agreed, such courses can be related to another job field or

853  c.)  **Degrees in Health Care.**
     The courses lead to a degree in the health care field or, if mutually agreed, other job field or

1063  **SECTION 4 – UNION LEAVE**

1064  A.  **Unpaid Leave.**
An Employee who becomes a paid staff member of the Union or works for the Union on paid lost time may request and receive an unpaid leave of absence for up to one (1) year for Union business. Upon completion of the leave of absence, the Employee will be returned to his/her former job. The Employer will provide backfill for the duration of the leave.

1065  B.  **Notice.**
A one (1) month notice, whenever possible, will be given in order to secure a leave and two (2) weeks' notice to return from a Union leave.

1066  C.  **Benefits While on Union Leave.**
All Employer-paid benefits, including Performance Sharing Program (PSP), and paid time off accruals will be continued during a Union Leave of Absence.  During such leave the Employee will continue to accrue seniority.

1067  **ARTICLE XXI – DISCIPLINE AND DISCHARGE**

1068  **SECTION 1 – GENERAL PRINCIPLES**

1069  A.  **Just Cause.**
No Employee shall be disciplined or discharged without just cause.  Any Employee who is discharged shall be informed in writing at the time of the discharge of the reason(s) for the discharge.

1070  B.  **Request for Representation.**
Supervisors shall ask Employees if they wish the presence of a Union Steward and/or Union Representative in any meeting or investigation that may result in discipline.  The selection of a Union Representative shall not unduly delay the proceeding.

1071  C.  **Progressive Discipline.**
It is the Employer's intent normally to make use of progressive discipline in accordance with established practices and policy.

1072  D.  **Furnishing of Documentation.**
In the event the Employer disciplines or discharges an Employee, the Employer will, at the request of the Employee and/or Union, furnish copies of necessary and/or relevant documents or written statements used by the Employer as a basis for the disciplinary action.

1073 E. **Right to Respond**.
Employees shall have the right to respond in writing to any written disciplinary notices and documentation of Employee counseling sessions, and shall have that response attached to the relevant material.

1074 F. **Expiration of Discipline**.
Written disciplinary notices and documentation of Employee counseling sessions shall be invalid after a period of one (1) year from the date of issuance except when there are other materials of the same or related nature. It is understood that while the Employer may retain expired documents to satisfy legal and regulatory requirements, such documents will not be used to justify further disciplinary action.

1075 **SECTION 2 – PERFORMANCE EVALUATIONS**

1076 A. **Nature and Purpose of Evaluations**.
Performance evaluations shall be based on objective and observable behaviors or activities as outlined in job descriptions. Performance evaluations are to be used as a teaching tool, provide an opportunity for feedback, recognition, and identification of mutual areas of interest.

1077 B. **Evaluations Not Discipline**.
Performance evaluations are not intended to be used as a means of discipline; therefore, the contents of such evaluations will not serve as a basis to deny transfer rights or promotions. Employees shall be provided performance evaluations annually and be given a written copy of the performance evaluation document. Employees shall sign and date such material only as proof of receipt.

1078 C. **Employee Comments**.
Employees shall be given an opportunity to read and attach written comments to performance evaluations prior to placement in the Employee's personnel file.

1079 D. **Not Grievable**.
Performance evaluations shall not be grievable.

1080 **ARTICLE XXII – DISPUTES**

1081 A. **Work Stoppages**.
The Employer and the Union realize that the Employer's facilities are different in their operations from industries because of services rendered to the community and for humanitarian reasons, and agree that there shall be no lockouts on the part of the Employer, nor suspension of work on the

part of the Employees, it being one of the purposes of this Agreement to guarantee that there will be no strikes, lockouts or work stoppages.

1082  B.  **All Disputes Under Scope of Agreement Settled in Grievance Procedure**.
All disputes in other matters of controversy coming within the scope of this Agreement will be settled by the procedure hereinafter provided.

1083  **ARTICLE XXIII – GRIEVANCE AND ARBITRATION PROCEDURE**

1084  **SECTION 1 – GENERAL PRINCIPLES**

1085  A.  **Basic Means of Settling Grievances**.
The following procedure shall be applied and relied upon by both parties as the basic means of seeking adjustment of and settling grievances. "Grievance", as referred to in this Article, includes every dispute concerning interpretation and application of this Agreement and/or any dispute concerning wages, hours, or working conditions. All such disputes shall be subject to the grievance procedure.

1086  B.  **Time Limits**.

1087      1.  Except for grievances alleging errors in wages, benefits errors, or discharge, each grievance arising under this Agreement shall be presented to the appropriate party within thirty (30) calendar days after the grievant had knowledge of the event or should have had knowledge of the event. All discharge grievances shall be referred immediately to Step Two of this procedure within ten (10) calendar days from the date of the discharge. Any grievance not timely filed is deemed waived by the aggrieved party.

1088      2.  Both parties agree that the grievance and arbitration procedure should proceed as expeditiously as possible; however, by mutual agreement between the Union and the Employer, the time limits of any step of the grievance procedure may be extended and this extension must be confirmed in writing within the specified time limits. Both parties agree, however, to make their best effort to abide by the time limits outlined in this Agreement. In the event the Union fails to appeal a grievance in a timely manner, the Union may request an extension and the Employer shall grant such extension. If the Employer fails to respond to the grievance within the time limits specified, the grievance may be appealed to the next step of the grievance procedure by the Union.

1089  C.    **Mandatory Meetings**.
There shall be a mandatory meeting at each step of the grievance procedure unless waived by mutual Agreement of the parties. Employees participating in such meetings shall not suffer any reduction in pay due to their participation

1090  D.    **Written Grievance Documents**.
All grievances, grievance appeals, grievance responses, requests for extensions of time limits and agreements to extend time limits will be given in writing.

1091  E.    **Non Precedent-Setting Settlements**.
Grievance settlements or resolutions reached at Step One or Two of the grievance procedure shall not be precedent-setting for any purpose and shall not be used to interpret the language or associated practices of the Agreement.

1092  F.    **Good Faith Efforts to Resolve Issues**.
The goal of the parties is to achieve early and prompt resolution of issues and disputes through informal and formal interest-based discussions between the steward, Employee(s) and the direct supervisor or department head in Step One and Step Two. The use of the procedures contained in this Article should not preclude, or be used by any party to avoid, active good faith efforts to achieve dispute or issue resolution.

1093  G.    **Union Staff Representatives**.
Union staff representatives may participate at any level of the grievance procedure.

1094  H.    **Necessary and/or Relevant Information**.
The parties agree and understand that the free exchange of necessary and/or relevant information is essential to their mutual understanding and satisfactory resolution of issues and disputes. Accordingly, the parties agree to respond adequately, in a timely, good faith manner to requests for information, and to promptly address and resolve any disputes relating to the provision of requested information.

1095  **SECTION 2 – STEPS OF THE GRIEVANCE AND ARBITRATION PROCEDURE**

1096  A.    **Step One.**

1097       1.    Step One of the grievance procedure is an informal process. The parties recognize that most issues or disputes can and should be resolved informally at the closest possible level to the unit/department in which they occur.

1098    2.    The Grievance procedure shall be initiated at Step One, except grievances specified in this Article as going directly to Step Two. A Union Steward representing an Employee shall initiate the grievance procedure at Step One by presenting the issues to the Employee's immediate supervisor. Within ten (10) calendar days after submission of the issues, a meeting shall be held. The parties are encouraged to continue to work collaboratively on the issue until either party feels that further work at this step will not resolve the issue.  Once resolution is reached, or the decision is made that joint resolution is not possible, the supervisor shall respond to the grievant(s) and the Union Steward within ten (10) calendar days. Participants in Step One discussions should include the Employee(s), the involved supervisor, and the Union Steward.

1099  B.   **Step Two.**
All issues that are not resolved at Step One may be appealed to Step Two within ten (10) calendar days.  An appeal to Step Two shall be submitted in writing as a formal grievance after either party feels the issue(s) cannot be resolved at Step One in a timely manner.  The parties shall attempt to resolve the grievance within ten (10) calendar days after the appeal is received.  If the parties are unable to resolve the grievance within these time limits, a grievance response shall be given within ten (10) calendar days thereafter. Grievances regarding discharge must be initiated at Step Two within ten (10) calendar days after the action. In addition, grievances involving workload and suspension shall be introduced directly to Step Two of the Grievance and Arbitration Procedure. Participants in Step Two should include the Employee(s), the Union Steward, the Supervisor, and the Human Resources representative.

1100  C.   **Step Three.**
All grievances that are not resolved at Step Two may be appealed to Step Three within ten (10) calendar days.  The appeal to Step Three shall be submitted in writing to the parties' designees. Within ten (10) calendar days of the receipt of such appeal a meeting shall be held including the parties' designees, Union Steward and grievant(s). Within ten (10) calendar days after such meeting, the Employer's designee shall respond to the Union Staff Representative and other meeting participants in writing.

1101  D.   **Step Four – Arbitration.**
In the event the grievance remains unresolved, the grieving party may appeal the grievance to arbitration. Written notice of such appeal must be received by the Director of Labor Relations or designee within ten (10) calendar days after receipt of the Step Three response. No grievance shall be appealed to arbitration without first being processed through the appropriate steps of the Grievance and Arbitration Procedure except by mutual agreement.

1102    1.    **Selection of Arbitrator**.
An impartial arbitrator shall be selected by mutual agreement of the parties. In the event mutual agreement is not reached, the party appealing the grievance to arbitration shall request a panel of arbitrators from the Federal Mediation and Conciliation Service. Upon receipt of said panel, the parties will select an arbitrator by alternately striking names.

1103    2.    **Authority of Arbitrator**.
The arbitrator shall be prohibited from adding to, modifying or subtracting from, the terms of this Agreement or any supplemental written agreement of the parties. Further, it shall not be within the jurisdiction of the arbitrator to change any existing wage rate or establish a new wage rate. However, grievances involving reclassification and upgrade are within the scope of the grievance procedure and are within the jurisdiction and powers of the arbitrator; the decision of the arbitrator, however, is limited to changes in the classification of a position within the existing wage schedule. The award of the arbitrator shall be final and binding on both parties.

1104    3.    **Cost of Arbitration**.
Each party shall pay one-half (1/2) the cost of the arbitration proceedings which include but are not limited to the cost of the arbitrator, court reporter and transcript for the arbitrator, if mutually agreed to as necessary, conference room costs and other related costs, and each party shall be responsible for the cost of its own representatives and witnesses.

1105    **SECTION 3 – GRIEVANCES ASSOCIATED WITH THE MASTER AGREEMENT**

The parties agree that they will use their best efforts to identify any grievance that may involve interpretation or application of the Master Agreement, or practices relating to the provisions of the Master Agreement, before such a grievance is appealed to Step 3, and this shall be noted in either the Step 2 response or the appeal to Step 3. If such a grievance is resolved at Step 3, it shall be resolved at the local bargaining unit level on either a non precedent-setting basis or as a precedent applicable to that bargaining unit only, unless otherwise agreed to by all parties to the Master Agreement. The parties will identify three (3) permanent arbitrators who shall be the only arbitrators who may be selected to hear grievances involving the Master Agreement. At the time an arbitrator is selected to hear a specific case, the parties will inform the arbitrator whether they wish the arbitrator to issue a precedent-setting decision, a non-precedent-setting decision,

or to decide whether a decision will be precedent-setting as one of the issues in the case.

1106 **ARTICLE XXIV – GENERAL PROVISIONS**

1107 **SECTION 1 – CONFORMITY TO LAW.**
If any provision of this Agreement is found to be in conflict with State or Federal law, the remaining provisions of the Agreement shall remain in full force and effect. In the event any provision(s) are declared to be in conflict with any law, both parties shall meet immediately for the purpose of renegotiating only the provision(s) so invalidated.

1108 **SECTION 2 – CONSCIENTIOUS OBJECTION.**
The Employer and the Union recognize the rights of individuals to refuse to participate directly in therapeutic abortion procedures. Employees who wish to exercise those rights shall submit their written request to the Employer. The Employer shall honor such requests by making reasonable accommodation, except in an emergency situation, where the immediate nature of the patient's needs and rights shall take precedence over exercise of the Employee's rights.

1109 **SECTION 3 – CONFIDENTIALITY OF RECORDS AND PROTECTED HEALTH INFORMATION.**
In accordance with the Employer's compliance policies, indiscriminate or unauthorized review, use or disclosure of protected health information regarding any patient or Employee is expressly prohibited. Reviewing, discussing, photocopying or disclosing patient information, medical or otherwise, is expressly prohibited, except where required in the regular course of business and where proper authorization has been obtained.

1110 **SECTION 4 – SOUTHERN CALIFORNIA REGION COMMUNITY DISASTER.**
Because of the nature of our medical care organization, it is recognized that a major Community Disaster could require the services of our organization and facilities far beyond those normally provided. In the event of such a disaster, and in recognition of our obligation to the community, Article V – Hours of Work and Article VI – Overtime, Standby, Reporting, Mileage Allowance Pay and Bilingual differential (as set forth in the 2000 Collective Bargaining Agreement), will be inapplicable during the period of such unusual demands caused by this disaster, provided that the facilities of the organization are made available to non-members as well as members of the Kaiser Foundation health plan. It is further provided that Article V – Hours of Work and Article VI – Overtime, Standby, Reporting, Mileage Allowance Pay and Bilingual differential (as set forth in the 2000 Collective Bargaining Agreement), will also be inapplicable during bona fide disaster program drills, excluding educational programs.