WILLIAM A. SOKOL, Bar No. 072740
BRUCE A. HARLAND, Bar No. 230477
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendant
SERVICE EMPLOYEES INTERNATIONAL UNION,
UNITED HEALTHCARE WORKERS – WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMANEEN Z. KHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PERMANENTE MEDICAL GROUP, INCORPORATED, a California Corporation; SEIU, UNITED HEALTHCARE WORKERS – WEST, a California Corporation and DOES 1-50, INCLUSIVE,<br><br>　　　　Defendants. | No.　C-08-01783 WHA<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR REMAND AND GRANTING DEFENDANT SEIU, UHW'S MOTION TO DISMISS**<br><br>**[FED.R.CIV.PROC. 12(b)(6)]**<br><br>Date:　June 19, 2008<br>Time:　8:00 a.m.<br>Judge:　William H. Alsup<br>Courtroom:　9, 19th Floor |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

[Proposed] Order Denying Motion for Remand and Granting Motion to Dismiss, Case No. C-08-01783 WHA

1  The motion of Plaintiff for an Order to Remand came on for hearing before this Court on June 19, 2008.  Eugene Franklin appearing on behalf of Plaintiff, Patrick Glenn appearing on behalf of Defendant The Permanente Medical Group, and Bruce A. Harland appearing on behalf of Defendant SEIU, United Healthcare Workers – West.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court:

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand is DENIED and that Defendant SEIU, United Healthcare Workers – West's Motion to Dismiss is GRANTED.

Dated: _____

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

118636/495022

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

[Proposed] Order Denying Motion for Remand and Granting Motion to Dismiss, Case No. C-08-01783 WHA