1  Eugene T. Franklin, CA SBN 124881
2  Barbara F. Green, CA SBN 150320
   Franklin Employment Law Group
3  Attorneys at Law
   22762 Main Street
4  Hayward, California 94541
   Telephone: (510) 538-0969
5  Facsimile:  (510) 538-6502
6
   Attorneys for Plaintiff
7  Shamaneen Khan
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamaneen Khan,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The Permanente Medical Group, Incorporated, A California Corporation; SEIU United Healthcare Workers-West, a California Corporation and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: C08-01783 WHA<br><br>**STIPULATION OF PLAINTIFF KHAN AND DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST TO DISMISS DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST AND [PROPOSED] ORDER [FRCP 41(a)(1)]** |

PENDING before the court for hearing on June 19, 2008, is the MOTION TO DISMISS OF DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST filed against PLAINTIFF SHAMANEEN KHAN.

FURTHER PENDING before the court for hearing on June 19, 2008, is the MOTION FOR REMAND OF PLAINTIFF SHAMANEEN KHAN filed against DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST and against DEFENDANT THE PERMANENTE MEDICAL GROUP.

IT IS HEREBY STIPULATED by and between PLAINTIFF KHAN AND DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST through their attorneys of record to dismiss DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST from this action with prejudice pursuant to FRCP 41(a)(1) and with each party to bear their own attorneys' fees and costs.

This STIPULATION makes MOOT the MOTION TO DISMISS OF DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST and said MOTION TO DISMISS will be dropped from the court's June 19 motion calendar.

This STIPULATION makes MOOT the MOTION FOR REMAND OF PLAINTIFF KHAN against DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST **only.**

This STIPULATION has NO BEARING ON THE HEARING OF THE MOTION FOR REMAND OF PLAINTIFF KHAN AGAINST DEFENDANT THE PERMANENTE MEDICAL GROUP ON JUNE 19, 2008 AND SAID MOTION FOR REMAND AGAINST DEFENDANT THE PERMANENTE MEDICAL GROUP WILL BE HEARD ON JUNE 19, 2008 OR ON A DATE THEREAFTER SET.

**IT IS SO STIPULATED:**           FRANKLIN EMPLOYMENT LAW GROUP

Dated: June 5, 2008      By:   /s/
_____
EUGENE T. FRANKLIN
Attorneys for Plaintiff
Shamaneen Khan

///

///

2

Case No.: C08-01783 WHA
STIPULATION OF PLAINTIFF KHAN AND DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST TO DISMISS DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST AND [PROPOSED] ORDER [FRCP 41(a)(1)]

IT IS SO STIPULATED:                WEINBERG, ROGER & ROSENFELD
                                    A Professional Corporation

Date: June 5, 2008    By:    /s/
                             _____
                             BRUCE A. HARLAND
                             Attorneys for Defendant
                             SEIU, UNITED HEALTHCARE WORKERS – WEST

**IT IS SO ORDERED [PROPOSED]:**

DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST is DISMISSED from this action WITH PREJUDICE pursuant to FRCP 41(a)(1) and WITH EACH PARTY TO BEAR THEIR OWN ATTORNEYS' FEES AND COSTS.

This STIPULATION makes MOOT the MOTION TO DISMISS OF DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST and said MOTION TO DISMISS will be dropped from the court's June 19, 2008 motion calendar.

This STIPULATION makes MOOT the MOTION FOR REMAND OF PLAINTIFF KHAN against DEFENDANT SEIU, UNITED HEALTHCARE WORKERS – WEST **only.**

This STIPULATION has NO BEARING ON THE HEARING OF THE MOTION FOR REMAND OF PLAINTIFF KHAN AGAINST DEFENDANT THE PERMANENTE MEDICAL GROUP ON JUNE 19, 2008 AND SAID MOTION FOR REMAND AGAINST DEFENDANT THE PERMANENTE MEDICAL GROUP WILL BE HEARD ON JUNE 19, 2008 OR ON A DATE THEREAFTER SET.

Dated:_____    By:    _____
                               THE HONORABLE WILLIAM H. ALSUP
                               DISTRICT COURT JUDGE