1  Eugene T. Franklin, CA SBN 124881
   Barbara F. Green, CA SBN 150320
2  Franklin Employment Group
   Attorneys at Law
3  22762 Main Street
   Hayward, CA  94541
4  Telephone:   (510) 538-0969
   Facsimile:    (510) 538-6502
5
   Attorneys for Plaintiff
6  Shamaneen Khan

7

8                  **UNITED STATES DISTRICT COURT**

9                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | Shamaneen Khan,                              | No. C08-01783 WHA

12 |         Plaintiff,                          | **STIPULATION OF PLAINTIFF KHAN AND DEFENDANT THE PERMANENTE**
13 |   v.                                        | **MEDICAL GROUP, INC., TO REMAND TO STATE COURT AND [PROPOSED]**
14 | The Permanente Medical Group,               | **ORDER**
   | Incorporated, a California Corporation;
15 | SEIU United Healthcare Workers-West,
   | a California Corporation and DOES 1-
16 | 50, inclusive,
17 |         Defendant.

18

19      PENDING before the court for hearing on June 19, 2008, is PLAINTIFF KHAN'S

20 Motion to Remand her action to the state court of Alameda County Superior Court of the

21 State of California, Case No. HG 08375316.

22      DEFENDANT SEIU UNITED HEALTHCARE WORKERS-WEST was dismissed

23 from this action on June 6, 2008.

24      It is hereby STIPULATED by and between PLAINTIFF KHAN and DEFENDANT

25 THE PERMANENTE MEDICAL GROUP by and through their attorneys of record to

26 remand Plaintiff's action to the state court of Alameda County Superior Court of the State

27 of California, Case No. HG 08375316.

28

- 1 -

| | | |
|---|---|---|
| **IT IS SO STIPULATED:** | | FRANKLIN EMPLOYMENT LAW GROUP |
| Dated: June 10, 2008 | By: | /s/_____<br>EUGENE T. FRANKLIN<br>Attorneys for Plaintiff<br>Shamaneen Khan |
| **IT IS SO STIPULATED:** | | HANSON BRIDGETT, LLP |
| Dated: _____ | By: | /s/_____<br>PATRICK M. GLENN[1]<br>Attorneys for Defendant<br>THE PERMANENTE MEDICAL GROUP |

**IT IS SO ORDERED [PROPOSED]:**

Plaintiff Khan's action is REMANDED to the Alameda County Superior Court of the State of California, Case No. HG 08375316.

Dated:_____  By:  _____
                              THE HONORABLE WILLIAM H. ALSUP
                              DISTRICT COURT JUDGE

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

- 2 -

STIPULATION. OF PLAINTIFF KHAN AND DEFENDANT TPMG TO REMAND TO STATE COURT AND [PROPOSED ORDER (CASE NO.  C08-01783 WHA)    1490510.1