1  Eugene T. Franklin, CA SBN 124881
   Barbara F. Green, CA SBN 150320
2  Franklin Employment Group
   Attorneys at Law
3  22762 Main Street
   Hayward, CA  94541
4  Telephone:   (510) 538-0969
   Facsimile:    (510) 538-6502
5
   Attorneys for Plaintiff
6  Shamaneen Khan

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | Shamaneen Khan, | No. C08-01783 WHA |
   |---|---|
12 | Plaintiff, | **STIPULATION OF PLAINTIFF KHAN AND DEFENDANT THE PERMANENTE MEDICAL GROUP, INC., TO REMAND TO STATE COURT AND [PROPOSED] ORDER** |
13 | v. | |
14 | The Permanente Medical Group, Incorporated, a California Corporation; SEIU United Healthcare Workers-West, a California Corporation and DOES 1-50, inclusive, | |
15 | | |
16 | | |
17 | Defendant. | |

18

19  PENDING before the court for hearing on June 19, 2008, is PLAINTIFF KHAN'S

20  Motion to Remand her action to the state court of Alameda County Superior Court of the

21  State of California, Case No. HG 08375316.

22  DEFENDANT SEIU UNITED HEALTHCARE WORKERS-WEST was dismissed

23  from this action on June 6, 2008.

24  It is hereby STIPULATED by and between PLAINTIFF KHAN and DEFENDANT

25  THE PERMANENTE MEDICAL GROUP by and through their attorneys of record to

26  remand Plaintiff's action to the state court of Alameda County Superior Court of the State

27  of California, Case No. HG 08375316.

28

- 1 -

STIPULATION. OF PLAINTIFF KHAN AND DEFENDANT TPMG TO REMAND TO
STATE COURT AND [PROPOSED ORDER (CASE NO.  C08-01783 WHA)                    1490510.1

**IT IS SO STIPULATED:**    FRANKLIN EMPLOYMENT LAW GROUP

Dated: June 10, 2008    By:  /s/
                             EUGENE T. FRANKLIN
                             Attorneys for Plaintiff
                             Shamaneen Khan

**IT IS SO STIPULATED:**    HANSON BRIDGETT, LLP

Dated: _____    By:  /s/
                           PATRICK M. GLENN[1]
                           Attorneys for Defendant
                           THE PERMANENTE MEDICAL GROUP

**IT IS SO ORDERED [PROPOSED]:**

Plaintiff Khan's action is REMANDED to the Alameda County Superior Court of the State of California, Case No. HG 08375316.

Dated: June 16, 2008.   By: _____
                            THE HONORABLE WILLIAM H. ALSUP
                            DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

- 2 -

STIPULATION. OF PLAINTIFF KHAN AND DEFENDANT TPMG TO REMAND TO STATE COURT AND [PROPOSED ORDER (CASE NO. C08-01783 WHA)    1490510.1