**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 17, 2008

Contra Costa County Superior Court
PO Box 911
Martinez, CA 94553

RE:  CV 08-01783 WHA    SHAMANEEN Z. KHAN-v-PERMANENTE MEDICAL GROUP
          Your Case Number: (HG 08375316)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        ()    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        *Susan Imbriani*

        by: Susan Imbriani
        Case Systems Administrator

Enclosures
Copies to counsel of record