**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 15, 2008

Alameda County Superior Court
24405 Amador St.
Hayward, CA 94544

**SECOND ATTEMPT**

RE:  CV 08-01783 WHA    SHAMANEEN Z. KHAN-v-PERMANENTE MEDICAL GROUP
      Your Case Number: (HG08375316)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ( )    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Susan Imbriani
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg